UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

3:21-cv-692

Cause No.:

Eric Benson Skeens,   v.   State of Indiana,
     Petitioner;              Respondent.

PRISONER PETITION TO PROCEED IN FORMA PAUPERIS

I, Eric Benson Skeens, (D.O.C. #196051), declare that I am unable to pay for the costs of this proceeding, or to give security because of my poverty. I believe that I am entitled to redress and I petition the Court for leave to proceed in forma pauperis in my 28 U.S.C. § 2254 Habeas Corpus Petition. I am a prisoner with a prison assignment earning approximately thirty dollars per month. I have never filed any lawsuit anywhere. I declare under penalty of perjury, Pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.
Executed on this 15 day of September, 2021.

Respectfully Submitted,

*Eric Benson Skeens*
pro se, Petitioner

Eric Benson Skeens
DOC# 196051
Indiana State Prison
1 Park Row
Michigan City, IN 46360

1 of 1