UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Cause No.:  3:21-cv-692

Eric Benson Skeens,    v.   State of Indiana,
       Petitioner;              Respondent.

MOTION TO EXPAND THE RECORD

Now COMES PETITIONER, Eric Benson Skeens, pro se, pursuant to Rule 6(a) and 7(a) of the Rules governing Section 2254 cases, and moves the Court to expand the record and add to the record of this case the following materials relating to his petition:

1. The included "Huntington Police Department Evidence Continuity Record" (herein, HPDEC Record) that was obtained in discovery;
2. The included pages from the "spiral notebook with a black cover" as identified in the HPDEC Record;
3. A copy of all 5 items, in their entirety, that is listed and identified in the HPDEC Record, from the State's file;
4. The included pages from the "Transcript (Interview w/ minor child K.W.)," as identified at PCR Tr. Vol. II p. 3 (PCR Ex 7);
5. The videotaped "Interview with minor child K.W." from the State's file
6. The included "Affidavit of Brenda Waite," as identified at PCR Tr. Vol. II p. 4 (PCR Ex. 16);

7. The included letters to Petitioner from post-conviction counsel, dated: (a) August 6, 2018; (b) September 4, 2018; and (c) March 6, 2020;
8. The included letters to post-conviction counsel from Petitioner, dated: (a) July 16, 2018; (b) February 27, 2019; and (c) February 20, 2020;
9. A copy of the above-mentioned letters in 8 and ones from Petetioner to post-conviction counsel, dated: (a) February 2, 2018; (b) August 23, 2018; (c) August 24, 2018; and (d) September 7, 2018 that are in the possession of post-conviction counsel; excerpts included;
10. The depositions from any and all eyewitnesses that were present in the courtroom when Brenda Waite's outburst occurred (see Ground One in petition). These depositions need to be obtained from appointed counsel as soon as possible to prevent any further loss of evidence;
11. The audio analysis of the audio recording of Skeens' trial. An expert needs to analyze it as soon as possible to prevent loss of evidence (see Ground One in petition);
12. Polygraph Test results. Polygraph testing needs to be administered for Petitioner, trial prosecutor, judge, and court reporter as soon as possible to preserve corroberating and favorable evidence (see Ground One).

The relevance of these materials will establish the facts needed in order to prevail on the Grounds

2

in his petition to prove Petitioner is confined illegally and is entitled to relief. For these reasons, the circumstances of the case warrant the Court's exercise of its discretion to expand the record and order discovery.

Included with this motion is a Memorandum of law and the authority supporting this motion.

Wherefore, Petitioner request that this Honorable Court grant this motion to expand the record and order discovery to obtain and include all of the above-mentioned materials.

Pursuant to 28 U.S.C. § 1746, I hereby verify under penalty of perjury that the foregoing is true and correct.

Executed on this 13 day of September, 2021.

Respectfully Submitted,

Eric Benson Skeens,
Petitioner, pro se.

Eric Benson Skeens
DOC# 196051
Indiana State Prison
1 Park Row
Michigan City, IN 46360