UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Eric Benson Skeens,
    Petitioner;
v.
State of Indiana,
    Respondent.

Cause No.: 3:21-cv-692

## MOTION FOR APPOINTMENT OF COUNSEL TO PURSUE HABEAS CORPUS PROCEEDINGS

COMES NOW the Petitioner, Eric Benson Skeens, offender number 196051 (who is presently incarcerated at the Indiana State Prison), pro se, pursuant to the provisions of the Seventh Circuit Criminal Justice Act Plan and 18 U.S.C. § 3006A(a)(2)(B), and respectfully request this Honorable Court to appoint an attorney to represent him in habeas proceedings. In support of this request, Petitioner offers the following:

1. Petitioner is contemporaneously filing a Petition for Writ of Habeas Corpus with this request. He believes that he is entitled to the relief that he has requested, but he does not possess the technical ability to effectively prosecute this action or the ability to depose eyewitnesses and obtain favorable evidence before it expires; this requires emergency action.

2. Petitioner is currently serving a sentence of 90 years

imprisonment in the Indiana Department of Corrections, and has no assets, monies, securities, income, properties, bank accounts, or any means sufficient to obtain adequate representation during the habeas proceedings.

3. Although Petitioner is able to pay the nominal fee for this action, he is insolvent and does not possess the financial ability to employ counsel.

4. WHEREFORE, in the interest of justice, Petitioner respectfully requests this Court to appoint an attorney to represent him in habeas proceedings, and for any other relief just and proper in the premises.

Pursuant to 28 U.S.C. § 1746, I hereby verify under penalty of perjury that the foregoing is true and correct.

Executed on this 13 day of September, 2021.

Respectfully Submitted,

Eric Benson Skeens
Petitioner, pro se

Eric Benson Skeens
DOC # 196051
Indiana State Prison
1 Park Row
Michigan City, IN 46360