UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

ERIC BENSON SKEENS,

        Petitioner,

   v.                                           CAUSE NO. 3:21-CV-692 DRL-MGG

WARDEN,

        Respondent.

ORDER TO SHOW CAUSE

Eric Benson Skeens, a prisoner without a lawyer, filed an amended habeas corpus petition (ECF 7) challenging his child molestation conviction in Huntington County under cause number 35C01-0812-FA-00073. Pursuant to Section 2254 Habeas Corpus Rule 5, the Warden is ORDERED to enter an appearance by **November 1, 2021**, and to file a response to the petition by **January 7, 2022**, along with the full and complete state court record. Mr. Skeens's traverse, if any, shall be filed by **February 11, 2022**.

SO ORDERED.

October 12, 2021                                          *s/ Damon R. Leichty*
                                                           Judge, United States District Court