UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Eric Benson Skeens,
          Petitioner;
   v.                                    Cause No.: 3:21-CV-692-DRL-MGG
Warden,
          Respondent.

## MOTION FOR POLYGRAPH TESTING

COMES NOW Petitioner, Eric Benson Skeens, pro se and moves the Court to order him to submit to polygraph testing, on camera, before an independent polygraph examiner, chosen by this Court, so that he can read aloud the "Affidavit of Brenda Waite" and then answer the following questions:

1

1. Is Brenda Waite's affidavit a true and accurate record of events?

2. Did the prosecutor shake her head "no" to the Court reporter during Brenda Waite's testimony, as recorded in her affidavit?

3. Did the court reporter react to said "no"?

    WHEREFORE, Petitioner prays that this Honorable Court grant this motion to order him to submit to polygraph testing, since such testing is material to GROUND ONE in his "Amended 28 U.S.C. § 2254 Habeas Corpus Petition..." and such testing would help the Court in reaching a just decision because it

would corroberate that all of Brenda Waite's testimony after "Ninety-nine percent" is missing from the audio recording of Skeens' trial.

                        Respectfully Submitted,

                        <u>Eric Benson Skeens</u>,
                        Petitioner, pro se.

                        <u>October 12, 2021</u>,
                        Date Submitted.

Eric Benson Skeens
D.O.C. #196051
I.S.P.
1 Park Row
Michigan City, IN 46360