Name: Sheens, Eric B.
D.O.C. #: 196051   Location: IN/28

INDIANA DEPARTMENT OF CORRECTION
INDIANA STATE PRISON
1 Park Row
Michigan City, IN 46360

THIS IDENTIFIES THIS CORRESPONDENCE AS HAVING BEEN MAILED BY AN OFFENDER INCARCERATED AT THE ABOVE CORRECTIONAL INSTITUTION. "WARNING" NOT RESPONSIBLE FOR CONTENTS. ANY ENCLOSED MONEY ORDERS SHOULD BE REFERRED TO YOUR LOCAL POSTMASTER BEFORE CASHING.

S SUBURBAN IL 604
13 OCT 2021 PM 4 L

United States District Court
Office of the Clerk
204 South Main Street
South Bend, IN 46601-2194

U.S. POSTAGE >> PITNEY BOWES
ZIP 46360
02 4W
0000365972 OCT 13 2021
$ 000.53°

46601-219499