IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ERIC BENSON SKEENS, | |
| Petitioner, | |
| v. | No. 3:21-CV-692 DRL-MGG |
| WARDEN, | |
| Respondent. | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Respondent, Warden.

Respectfully submitted,

By: JESSE R. DRUM
Assistant Section Chief,
Criminal Appeals
Attorney No. 31283-53

1

## CERTIFICATE OF SERVICE

      I hereby certify that on October 18, 2021, I electronically filed the foregoing with the Clerk of United States District Court for the Northern District of Indiana by using the CM/ECF system. I also hereby certify that on October 18, 2021, I have served the foregoing document on the individual listed below through U.S. Mail, first-class postage pre-paid:

Eric Benson Skeens, 196051
Indiana State Prison
Inmate Mail/Parcels
One Park Row
Michigan City, IN 46360

                                          JESSE R. DRUM
                                          Assistant Section Chief,
                                          Criminal Appeals

OFFICE OF THE ATTORNEY GENERAL
Indiana Government Center South, Fifth Floor
302 West Washington Street
Indianapolis, Indiana  46204
Telephone:  (317) 234-7018
Fax:  (317) 232-7979
Jesse.drum@atg.in.gov