UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

-FILED-

OCT 25 2021

GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Eric Benson Skeens,        )
           Petitioner;     )
                           )
     v.                    )   Cause No.: 3:21-CV-692-DRL-MGG
                           )
Warden                     )
           Respondent.     )

## MOTION TO PRESERVE TESTIMONY BY DEPOSITION

COMES NOW the Petitioner, Eric Benson Skeens, pro se, and moves the Court to preserve, by deposition, Brenda Waite's testimony as recorded in her affidavit (page 6).

In support of this request, Petitioner offers the following:

1. Petitioner, by counsel, found and spoke with Brenda Waite; wherein she admitted to making all of the statements in her affidavit (see pages 4-6).

2. Petitioner, by counsel, submitted Waite's affidavit at his hearing (PCR Tr. Vol. III p. 243). However, the prosecutor (who is one of the persons that tampered with Brenda Waite's testimony), argued the reliability of the affidavit and further stated: "we've been provided no contact information to be

1

able to follow up with this particular witness or the circumstances of the affidavit" (Id at 244). In reply, Petitioner, by counsel, offered "an address for the witness" in order for the Court to validate the affidavit (Id at 245).

3. Instead, the Court ignored the affidavit and other corroborating evidence and sided with the prosecutor (thus covering up her crime).

4. Ground One in Petitioner's amended habeas corpus petition highlights the importance of this motion being granted in order to prevent Petitioner from suffering irreparable harm should something happen to Brenda Waite.

5. WHEREFORE, Petitioner moves this Honorable Court to preserve Brenda Waite's testimony by deposition; therefore validating her affidavit.

Pursuant to 28 U.S.C. § 1746, I hereby verify under penalty of perjury that the foregoing is true and correct.

Executed on this 19th day of October, 2021.

Respectfully Submitted,

Eric Benson Skeens,
Petitioner, pro se.

2

Eric Benson Skeens
DOC# : 196051
I.S.P.
1 Park Row
Michigan City, IN 46360