**LAW OFFICE OF CYNTHIA M. CARTER, LLC**
ATTORNEY AT LAW

212 W 10th Street, D-320
Indianapolis, Indiana 46202
(317) 955-7997
www.cynthiamcarterlaw.com

Exhibit #1

August 6, 2018

Mr. Eric Skeens #196051
Indiana State Prison
1 Park Row,
Michigan City, IN 46360

RE: *Eric Skeens v. State of Indiana*
Cause No. 35C01-1101-PC-000004

Dear Mr. Skeens:

Please be advised I found and spoke with Brenda Waite (formerly known as Armburster). She is remarried now and lives in Michigan. She told me (on the phone) that she did indeed say all those things you said she said during *voir dire*. She also said she would sign an Affidavit so we sent her one. That was about two weeks ago.

We did not send her the paperwork that you sent me. The reason is that I cannot be a witness in my own case. We put the exact language into Affidavit form, however, and asked her to sign, date and have it notarized. We have not yet received it back from her. I called and left her a voicemail today. Keep your fingers crossed.

I know this is important to the case. Also: if she gets cold feet and does not follow through with signing it, then we should take her deposition. Because she is out of state, we would need to file a motion with the Court. Michigan does adhere to the Interstate Depositions and Discovery, though, so we should be able to accomplish it. Typical cost of a short deposition is between $200 and $300 (for the court reporter and transcript) plus mileage.

Also: be advised I purchased Dr. Astrid Heger's book to use as a "learned treatise" since we do not have an expert witness the best we can do is reference the book. Thank you for your patience; we are building your case.

Sincerely,

*Cynthia M. Carter*

Cynthia M. Carter
Attorney at Law

4

**LAW OFFICE OF CYNTHIA M. CARTER, LLC**
ATTORNEY AT LAW

212 W 10th Street, D-320
Indianapolis, Indiana 46202
(317) 955-7997
www.cynthiamcarterlaw.com

Exhibit #2

September 4, 2018

Mr. Eric Skeens #196051
Indiana State Prison
1 Park Row,
Michigan City, IN 46360

RE: *Eric Skeens v. State of Indiana*
Cause No. 35C01-1101-PC-000004

Dear Mr. Skeens:

Please find enclosed a signed copy of the Affidavit we received from Brenda Waites for your records. I received your correspondence asking that we subpoena your entire jury to see if they can corroborate what she said. Let me mull that over.

We will send you an amended petition to review ASAP. Thank you for your patience as we prepare this document!

Sincerely,

Cynthia M. Carter
Attorney at Law



5

Page 6 on Reverse-Side

```
STATE OF INDIANA          )         HUNTINGTON COUNTY CIRCUIT COURT
                          ) SS:
COUNTY OF HUNTINGTON      )         Cause No. 35C01-1101-PC-000004

ERIC SKEENS,              )
      PETITIONER          )
                          )
      vs.                 )
                          )
STATE OF INDIANA,         )
      RESPONDENT          )
```

Exhibit #3

## AFFIDAVIT OF BRENDA WAITE

I, Brenda Waite, being over the age of 21 and competent to testify, make the following statements of my own personal knowledge:

1. I was formerly known as Brenda Armbuster.

2. I was called as a potential juror in the child molestation trial of *State of Indiana v. Eric Skeens*, Cause No. 35C01-0812-FA-0007 in Huntington, Indiana.

3. I no longer live in Indiana and now reside in Michigan.

4. I was seated in the jury box being questioned as a potential juror during *Voir Dire* when I made these statements to the courtroom:

*I was married to a police officer for about ten years. I worked security at Marshall Fields for twelve years. Ninety-nine percent of the time there is no evidence of sexual abuse but one-hundred percent of the time it occurred. I don't need to see any evidence to know he's guilty, because I know for a fact he is. Nobody makes up stories about being sexually abused. He is guilty beyond a reasonable doubt he doesn't deserve a trial, and he should go straight to jail. I am familiar with cases similar to this and they didn't have any evidence either but they were guilty. I have a friend who is a nurse at the Fort Wayne Sexual Assault Unit. She told me there is almost never any evidence in these types of cases and that is why people like him almost always get away with it.*

FURTHER YOUR AFFIANT SAYETH NOT.

(signed) _Brenda F. Waite_ dated this 31 day of July, 2018.

1

