This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## State of Indiana vs. Eric Benson Skeens

| | |
|---|---|
| Case Number | 35C01-0812-FA-00073 |
| Court | Huntington Circuit Court |
| Type | FA - Class A Felony |
| Filed | 12/10/2008 |
| Status | 08/31/2009 , Decided |
| Related | Other<br>   35C01-1101-PC-000004<br><br>Lower Trial Court Case<br>   21A-SP-01659 |

## Parties to the Case

**Defendant** Skeens, Eric Benson

  Address
  DOC #196051
  Indiana State Prison, E-E 29
  One Park Row
  Michigan City, IN 46360

  Attorney
  Cynthia M Carter
  *#2330549, Lead, Retained*

  212 W. 10th Street
  Suite D-320
  Indianapolis, IN 46202
  317-955-7997(W)

  Attorney
  Cynthia M Carter
  *#2330549, Retained*

  212 W. 10th Street
  Suite D-320
  Indianapolis, IN 46202
  317-955-7997(W)

**State** State of Indiana
**Plaintiff**

  Attorney
  Amy Christine Richison
  *#1962441*

  Prosecuting Attorney
  201 N. Jefferson St., Rm 401
  Huntington, In 46750

## Charges

| | | |
|---|---|---|
| 01 | 12/10/2008 | 4 CT/CHLD MOLEST/CL A FEL |

Statute
- 

Degree
CNV

| | | |
|---|---|---|
| 02 | 12/10/2008 | 35-42-4-3(a)/FA: Child Molesting |

Statute
35-42-4-3(a)

Degree
FA

| | | |
|---|---|---|
| 03 | 12/10/2008 | 35-42-4-3(a)/FA: Child Molesting |

Statute
35-42-4-3(a)

Degree
FA

| | | |
|---|---|---|
| 04 | 12/10/2008 | 35-42-4-3(a)/FA: Child Molesting |

Statute
35-42-4-3(a)

Degree
FA

| | | |
|---|---|---|
| 05 | 12/10/2008 | 35-42-4-3(b)/FC: Child Molesting |

Statute
35-42-4-3(b)

Degree
FC

## Chronological Case Summary

| 12/10/2008 | **Converted Event** |
|---|---|
| | PROBABLE CAUSE AND INFORMATION FILED BY PROSECUTOR. WARRANT ISSUED. |

| 12/10/2008 | **Converted Event** |
|---|---|
| | BOND: $100,000.00 |

| 12/11/2008 | **Converted Event** |
|---|---|
| | WARRANT RETURNED SERVED ON ERIC BENSON SKEENS DATED 12-10-08. |

| 12/15/2008 | **Converted Event** |
|---|---|
| | STATE APPEARS BY PROSECUTOR, AMY RICHISON. DEFENDANT APPEARS IN PERSON (IN CUSTODY). INITIAL HEARING HELD. DEFENDANT INFORMS THE COURT THAT HE HAS HIRED COUNSEL. COURT SETS DECEMBER 22, 2008 AT 9:00 A.M. FOR APPEARANCE OF COUNSEL. OMNIBUS DATE SET FOR FEBRUARY 9, 2009 AT 9:00 A.M. STATE'S REQUEST FOR NO CONTACT ORDER IS GRANTED. LNT: PROSECUTOR, PROBATION, ATTY THONERT, SHERIFF'S DEPT. |

| 12/15/2008 | **Converted Event** |
|---|---|
| | ATTORNEY RICHARD THONERT FILES APPEARANCE FORM AND APPLICATION FOR RELEASE ON RECOGNIZANCE OR SETTING OF REASONABLE BAIL/BOND WITH PROPOSED ORDER. MATTER SET FOR HEARING ON DECEMBER 22, 2008 AT 4:00 P.M. APPEARANCE HEARING SET FOR 9:00 A.M. IS VACATED. LNT: PROSECUTOR, PROBATION, ATTY THONERT, SHERIFF'S DEPT. |

| | | |
|---|---|---|
| 12/16/2008 | **Converted Event** | |
| | DEFENDANT, BY COUNSEL, FILES RESPONSE TO STATE'S MOTION FOR DISCOVERY, DEMAND FOR A JURY, MOTION FOR PRETRIAL DISCOVERY AND PROPOSED ORDER. ALL MATTERS TO BE HEARD AT 12/22/08 HEARING SET AT 4:00 P.M. LNT: PROSECUTOR, PROBATION, ATTY THONERT & SHERIFF'S DEPT. | |
| 12/18/2008 | **Converted Event** | |
| | No Contact Order entered (RJO). Same sent to the Clerk for processing. | |
| 12/18/2008 | **Converted Event** | |
| | Defendant, by counsel, files Motion for Transcript of the Probable Cause Hearing with proposed Order. Matter was heard in Superior Court and Court Reporter already contacted. LNT: Prosecutor, Atty Thonert. | |
| 12/22/2008 | **Converted Event** | |
| | STATE APPEARS BY PROSECUTOR AMY RICHISON. DEFENDANT APPEARS IN PERSON AND BY COUNSEL, RICHARD THONERT. BOND REDUCTION HELD. EVIDENCE PRESENTED. COURT FINDS THAT BOND SHALL REMAIN AT $100,000.00. LNT: PROSECUTOR, ATTY THONERT & SHERIFF'S DEPT. | |
| 12/30/2008 | **Converted Event** | |
| | Comes now the Court and at request of defense (on 12/22/08) continues omnibus hearing to March 5, 2009 at 8:30 a.m. No further continuances will be granted. Cour also issues the standard order for discovery. LNT: Prosecutor, Atty Thonert. | |
| 01/12/2009 | **Converted Event** | |
| | Defendant, by counsel, files Notice of Alibi. LNT: Prosecutor, Attorney Thonert | |
| 01/13/2009 | **Converted Event** | |
| | State of Indiana, by Prosecuting Attorney Amy Richison, files State's Response to Defendant's Notice of Alibi. LNT: Prosecutor, Attorney Thonert | |
| 01/20/2009 | **Converted Event** | |
| | Defendant, by counsel, files Motion to Compel. Court enters Order (RJO - OB 16) setting matter for hearing on February 2, 2009 at 8:30 a.m. Copy of Order to Prosecutor & Atty Thonert. | |
| 01/22/2009 | **Converted Event** | |
| | State of Indiana, by Prosecuting Attorney, files State's Response to Defendant's Motion to Compel. LNT: Prosecutor, Attorney Thonert | |
| 01/26/2009 | **Converted Event** | |
| | Defendant, by counsel, files by fax, Motion to Reset Hearing of February 2, 2009 with proposed Order. Defendant, by counsel, files Memorandum of Law. LNT: Prosecutor, Attorney Thonert | |
| 01/27/2009 | **Converted Event** | |
| | Defendant, by counsel, files (by fax) Amended Motion to Reset Hearing of February 2, 2009 with proposed Order. LNT: Prosecutor, Attorney Thonert | |
| 02/02/2009 | **Converted Event** | |
| | Court enters Order (RJO - OB 16) resetting Defendant's Motion to Compel to March 2, 2009 at 9:00 a.m. Copy of Order to Prosecutor, Probation, Attorney Thonert, Sheriff. | |
| 02/05/2009 | **Converted Event** | |
| | Defendant, by counsel, files Report to the Court. LNT: Prosecutor, Attorney Thonert | |

| Date | Event | Description |
|---|---|---|
| 03/02/2009 | Converted Event | STATE APPEARS BY PROSECUTOR AMY RICHISON. DEFENDANT APPEARS IN PERSON AND BY COUNSEL, RICHARD THONERT. HEARING ON MOTION TO COMPEL CONDUCTED. ARGUMENTS PRESENTED. COURT TAKES MATTER UNDER ADVISEMENT. |
| 03/02/2009 | Converted Event | BY AGREEMENT OF PARTIES, OMNIBUS DATE IS SET FOR MARCH 5, 2009 AT 9:00 A.M. |
| 03/03/2009 | Converted Event | COMES NOW THE COURT AND HAVING TAKEN MOTION TO COMPEL UNDER ADVISEMENT, NOW DENIES SAME. LNT: PROSECUTOR, ATTY THONERT. |
| 03/03/2009 | Converted Event | Defendant, by counsel, files Supplemental Receipt for Discovery. LNT: Prosecutor, Attorney Thonert |
| 03/05/2009 | Converted Event | State appears by Chief Deputy Prosecutor, Jamie Groves. Defendant appears in person and by counsel, Richard Thonert. Matter is set for jury trial for four (4) days commencing JULY 21, 2009 AT 9:00 A.M. Attorney Thonert files Motion in Limine, Motion for the State to Produce Witness and Exhibit List on or Before April 10, 2009 with proposed Order, Notice to Take Deposition Upon Oral Examination, Non-Party Motion to Produce to Rachel Walters at 114 Wabash Circle, Huntington, Indiana; Request for Production of Documents and Things for Inspection, Examination and Copying to Non-Party Rachel Walters and Request for Production of Documents to Non-Party Rachel Walters, Motion to Have Defendant Present at Depositions with proposed Order (should the depositions be granted). Subpeona Duces Tecum, Subpoena and Notice of Hearing (for Rachel Walters) shown filed with no action taken, as it does not specify dates. Court sets all motions for hearing on MARCH 30, 2009 AT 11:00 A.M. Final pre-trial conference set for JUNE 15, 2009 AT 8:00 A.M. Court enters Pre-Trial Conference Order (RJO - OB 16). Copy to Prosecutor, Probation, Atty Thonert, Sheriff's Dept. |
| 03/16/2009 | Converted Event | Defendant, by counsel, files Motion for Bond Reduction; or Motion for Bond Modification. Court enters Order (RJO - OB 16) setting matter for hearing on March 30, 2009 at 9:00 a.m. Copy of Order to Prosecutor, Atty Thonert & Sheriff's Dept. |
| 03/19/2009 | Converted Event | State of Indiana, by Prosecuting Attorney Amy Richison, files State's Objection to Requests for Non-Party Production. LNT: Prosecutor, Attorney Thonert |
| 03/20/2009 | Converted Event | Defendant, by counsel, files Subpoena Duces Tecum and Notice of Hearing to Rachel Walters to appear on March 30, 2009 at 11:00 a.m. Notice ordered. |
| 03/23/2009 | Converted Event | Defendant, by counsel, files Motion to Reset Hearing From 9:00 a.m. to 11:00 a.m. on March 30, 2009. Court enters Order (RJO - OB 16) and sets March 30, 2009 hearing at 9:30 a.m. Copy of Order to Prosecutor, Probation, Attorney Thonert |
| 03/25/2009 | Converted Event | Defendant, by counsel, files Request for Production of Documents to Non-Party and Motion to Produce. State of Indiana, by Prosecutor Amy Richison, files State's Objection to Requests for Non-Party Production. LNT: Prosecutor, Attorney Thonert |

| Date | Event | |
|---|---|---|
| 03/30/2009 | **Converted Event** | |
| | State appears by Prosecutor Amy Richison. Defendant appears in person and by Attorney Thonert. Hearing held on motions. Matters taken under advisment. LNT: Prosecutor, Attorney Thonert. | |
| 03/31/2009 | **Converted Event** | |
| | Court enters Order on Defendant's Motion in Limine Filed March 2, 2009; Order on Defendant's Motions; Order on Defendant's Non-Party Motion to Produce; and Order on Defendant's Motion to Reconsider Reduction of Bond (all RJO - OB 16). Copy of Orders to Prosecutor, Attorney Thonert. | |
| 05/12/2009 | **Converted Event** | |
| | State of Indiana, by Prosecuting Attorney Amy Richison, files State's Response to Defendant's Request for Notice of 404(b) Evidence, State's Tender of Preliminary Instructions, State's Tender of Final Instructions, State's Motion in Limine (Rape Shield) with proposed Order, and State's Motion in Limine (Penalty) with proposed Order. LNT: Prosecutor, Attorney Thonert | |
| 05/20/2009 | **Converted Event** | |
| | Defendant, by counsel, files Motion to Modify Pre-Trial Jury Order. Agreed Entry between Prosecutor Richison and Attorney Thonert filed. Court enters Order (RJO - OB 68) granting same. Copy of Order to Prosecutor & Atty Thonert. | |
| 06/02/2009 | **Converted Event** | |
| | State of Indiana, by Prosecuting Attorney Amy Richison, files State's Witness and Exhibit List. State of Indiana submits Supboenas to the Clerk for service upon: Detective Mel Hunnicutt, Detective Cory Boxell, Sharon Robison, Nicole Allen, Ron Hochstetler, Lynn Baker, KW, RW, SL. Notice ordered. | |
| 06/03/2009 | **Converted Event** | |
| | Defendant, by counsel, files Motion for Speedy Trial. LNT: Prosecutor, Attorney Thonert | |
| 06/04/2009 | **Converted Event** | |
| | CLERK SENDS SUBPOENAS TO THE SHERIFF OF HUNTINGTON COUNTY FOR SERVICE ON SADIE LANDRUM, RACHEL WALTERS, KW, LYNN BAKER, RON HOCHSTETLER, NICOLE ALLEN, DET. CORY BOXELL, DET. MEL HUNNICUTT. SUBPOENA SENT TO THE SHERIFF OF ALLEN COUNTY FOR SERVICE ON SHARON ROBISON. COPY TO ATTY. | |
| 06/10/2009 | **Converted Event** | |
| | Defendant, by counsel, files: 1) Objection to Disclosure of Work Product; 2) Defendant's Motion to Reconsider it's Ruling on Defendant's Motion to Compel the Date and Dates of the Offenses as Alleged; Motion to Strike or Exclude Evidence as "Time is of the Essence" of the Offense; or in the Alternative, Motion to Compel; 3) Motion to Compel Discovery; 4) Defendant's Witness & Exhibit List; 5) Defendant's Preliminary Jury Instructions; 6) Defendant's Final Jury Instructions; 7) Defendant's Second Motion in Limine; and 8) Motion for Defendant to Appear in Civilian Clothing Without Handcuffs or Shackles with proposed Order. LNT: Prosecutor, Attorney Thonert | |
| 06/10/2009 | **Converted Event** | |
| | State of Indiana, by Prosecuting Attorney Amy Richison, files State's Motion in Limine (404(b)) with proposed Order. LNT: Prosecutor, Attorney Thonert | |
| 06/11/2009 | **Converted Event** | |
| | PERSONAL SERVICE BY THE SHERIFF OF: HUNTINGTON COUNTY ON CORY BOXELL AT 300 CHERRY, HUNTINGTON DATED 6-8-09. COPY TO ATTY. | |
| 06/11/2009 | **Converted Event** | |
| | PERSONAL SERVICE BY THE SHERIFF OF: HUNTINGTON COUNTY ON KW DATED 6-6-09. COPY TO ATTY. | |

| Date | Event |
|---|---|
| 06/11/2009 | **Converted Event** PERSONAL SERVICE BY THE SHERIFF OF: HUNTINGTON COUNTY ON RACHEL WALTERS DATED 6-6-09. COPY TO ATTY. |
| 06/11/2009 | **Converted Event** PERSONAL SERVICE BY THE SHERIFF OF: HUNTINGTON COUNTY ON LYNN BAKER AT 2860 NORTH PARK AVE, HUNTINGTON DATED 6-5-09. COPY TO ATTY. |
| 06/11/2009 | **Converted Event** PERSONAL SERVICE BY THE SHERIFF OF: HUNTINGTON COUNTY ON NICOLE ALLEN FOR DCS AT 2806 THEATER AVE, HUNTINGTON DATED 6-5-09. COPY TO ATTY. |
| 06/11/2009 | **Converted Event** PERSONAL SERVICE BY THE SHERIFF OF: HUNTINGTON COUNTY ON RON HOCHSTETLER AT 201 N. JEFFERSON, HUNTINGTON DATED 6-8-09. COPY TO ATTY. |
| 06/11/2009 | **Converted Event** PERSONAL SERVICE BY THE SHERIFF OF: HUNTINGTON COUNTY MEL HUNNICUTT AT 300 CHERRY, HUNTINGTON DATED 6-8-09. COPY TO ATTY. |
| 06/11/2009 | **Converted Event** PERSONAL SERVICE BY THE SHERIFF OF: HUNTINGTON COUNTY ON SADIE LANDRUM DATED 6-8-09. COPY TO ATTY. |
| 06/15/2009 | **Converted Event** Counsel appears in-chambers for final pre-trial conference. Court takes all matters under advisement. |
| 06/16/2009 | **Converted Event** PERSONAL SERVICE BY THE SHERIFF OF: ALLEN COUNTY ON 6/10/09 TO SHARON ROBISON WITH A SECRETARY ACCEPTING AT 2270 LAKE AVE., FORT WAYNE. |
| 06/17/2009 | **Converted Event** Court having taken matters under advisement enters Order (RJO - OB 16) on pending issues all as per written entry. Copy of Order to Prosecutor & Atty Thonert. |
| 06/22/2009 | **Converted Event** Defendant, by counsel, files Defendant's Third Motion in Limine. LNT: Prosecutor, Attorney Thonert |
| 07/01/2009 | **Converted Event** State of Indiana submits Subpoenas to the Clerk for service upon: GM, SM, DW, JA, LA, JH, TS, JG, AG, SN, JB, & VG. Notice ordered. |
| 07/02/2009 | **Converted Event** CLERK SENDS SUBPOENAS TO THE SHERIFF OF HUNTINGTON COUNTY FOR SERVICE ON THOMAS SKEENS, JODY GILLESPIE, AMANDA GILLESPIE, STEVE NEWSOME. SUBPOENAS SENT TO THE SHERIFF OF WABASH COUNTY FOR SERVICE ON LUPE AMBURGEY AND JASON AMBURGEY. SUBPOENA SENT TO THE SHERIFF OF KOSCIUSKO COUNTY FOR SERVICE ON JACQUELINE HOSSLUS. SUBPOENAS SENT BY CERTIFIED MAIL TO VICTORIA GARCIA, JOHN BYRER, DAWN WALLIS, STEPHANIE MANGUN, GERALDINE MANGUN. COPY TO PROSECUTOR AND ATTY THONERT. |
| 07/06/2009 | **Converted Event** CLERK CERTIFIES SERVICE BY CERTIFIED MAIL SIGNED BY: DAWN WALLIS DATED 7-3-09. COPY TO ATTY. |
| 07/06/2009 | **Converted Event** CLERK CERTIFIES SERVICE BY CERTIFIED MAIL SIGNED BY: JOHN BYRER DATED 7-3-09. COPY TO ATTY. |

| | | |
|---|---|---|
| 07/06/2009 | **Converted Event** | |
| | Defendant, by counsel, files Amended Defendant's Witness List. LNT: Prosecutor, Attorney Thonert | |

| | | |
|---|---|---|
| 07/10/2009 | **Converted Event** | |
| | PERSONAL SERVICE BY THE SHERIFF OF: HUNTINGTON COUNTY ON THOMAS SKEENS DATED 7-6-09. COPY TO ATTY. | |

| | | |
|---|---|---|
| 07/10/2009 | **Converted Event** | |
| | PERSONAL SERVICE BY THE SHERIFF OF: HUNTINGTON COUNTY ON JODY GILLESPIE DATED 7-6-09. COPY TO ATTY. | |

| | | |
|---|---|---|
| 07/10/2009 | **Converted Event** | |
| | PERSONAL SERVICE BY THE SHERIFF OF: HUNTINGTON COUNTY ON AMANDA GILLESPIE DATED 7-6-09. COPY TO ATTY. | |

| | | |
|---|---|---|
| 07/10/2009 | **Converted Event** | |
| | CLERK CERTIFIES SERVICE BY CERTIFIED MAIL SIGNED BY: PAUL MANGUN ON 07/03/09 FOR STEPHANIE MANGUN. GERALDINE MANGUN ON 07/06/09 FOR GERALDINE MANGUN. GERALDINE MANGUN ON 07/06/09 FOR VICTORIA GARCIA. | |

| | | |
|---|---|---|
| 07/10/2009 | **Converted Event** | |
| | PERSONAL SERVICE BY THE SHERIFF OF: HUNTINGTON COUNTY FOR STEVE NEWSOME ON 07/07/09. COPY TO ATTY. | |

| | | |
|---|---|---|
| 07/13/2009 | **Converted Event** | |
| | PERSONAL SERVICE BY THE SHERIFF OF: KOSCIUSKO COUNTY ON JACQUELINE HOSSLUS DATED 7-9-09. COPY TO ATTY. | |

| | | |
|---|---|---|
| 07/20/2009 | **Converted Event** | |
| | PERSONAL SERVICE BY THE SHERIFF OF: WABASH COUNTY ON JASON AMBURGEY AND LUPE AMBURGEY DATED 7/6/09. COPY TO ATTY. | |

| | | |
|---|---|---|
| 07/21/2009 | **Converted Event** | |
| | DEFENDANT, BY COUNSEL, FILES MOTION TO THE COURT FOR THE COURT TO RECONSIDER IT'S RULING ON DEFENDANT'S MOTION TO COMPEL THE DATE AND DATES OF THE OFFENSES ALLEGED; MOTION TO STRIKE OR EXCLUDE EVIDENCE AS "TIME IS OF THE ESSENCE" OF THE OFFENSE; OR, IN THE ALTERNATIVE, MOTION TO STRIKE AND COMPEL AS THE STATE HAS NOT COMPLIED WITH DEFENDANT'S NOTICE OF ALIBI / MOTION FOR INDIVIDUAL VOIR DIRE / MOTION IN LIMINE 404(b) / MOTION UPON OBJECTION WHICH REQUIRES ELABORATE ARGUMENT, MOTION TO EXCUSE JURY; FURTHER MOTION FOR CONTINUING OBJECTION. | |

| | | |
|---|---|---|
| 07/21/2009 | **Converted Event** | |
| | State appears by Prosecutor, Amy Richison. Defendant appears in person and by counsel, Richard Thonert. Court grants Motion in Limine 404(b) and denies all other Motions filed by defendant on this date. Potential jurors brought in and sworn. Voir dire conducted. Jury selected and sworn. Preliminary instructions read to jury. Jury is admonished and released for the day. Court to reconvene on July 22, 2009 at 9:00 a.m. | |

| | | |
|---|---|---|
| 07/22/2009 | **Converted Event** | |
| | State appears by Prosecutor Amy Richison. Defendant appears in person and by counsel, Richard Thonert. State presents it's evidence and rests. Jury is admonished and released. Court to re-convene on July 23, 2009 at 9:00 a.m. | |

| | |
|---|---|
| 07/23/2009 | **Converted Event** |

State appears by Prosecutor Amy Richison. Defendant appears in person and by counsel, Richard Thonert. Defense presents no evidence. Counsel presents closing arguments. Court reads final instructions to the jury. Bailiff sworn. Jury retires to deliberate. Jury returns with the following verdicts: "We the jury, find the defendant, Eric Skeens, guilty of the crime of child molesting, a class A felony, as charged in count I". "We the jury, find the defendant, Eric Skeens, guilty of the crime of child molesting, a class A felony, as charged in count II". "We the jury, find the defendant, Eric Skeens, guilty of the crime of child molesting, a class A felony, as charged in count III". "We the jury, find the defendant, Eric Skeens, guilty of the crime of child molesting, a class A felony, as charged in count IV". "We the jury, find the defendant, Eric Skeens, guilty of the crime of child molesting, a class C felony, as charged in count V". Jury is polled and released. Court enters judgment of conviction on counts I through V; orders probation to prepare a pre-sentence investigation report and sets sentencing for August 31, 2009 at 10:00 a.m. LNT: Prosecutor, Probation, Atty Thonert & Sheriff's Dept.

| | |
|---|---|
| 07/23/2009 | **Judgment** |

Judicial Officer:                    Hakes, Thomas

02.  35-42-4-3(a)/FA: Child Molesting
  • Finding of Guilty
03.  35-42-4-3(a)/FA: Child Molesting
  • Finding of Guilty
04.  35-42-4-3(a)/FA: Child Molesting
  • Finding of Guilty
05.  35-42-4-3(b)/FC: Child Molesting
  • Finding of Guilty

| | |
|---|---|
| 08/10/2009 | **Converted Event** |

Court receives correspondence from Defendant. Court grants request for public defender and appoints Attorney Jeremy Nix to represent Defendant. LNT: Prosecutor, Probation, Attorney Nix, Attorney Thonert, Defendant (HCJ)

| | |
|---|---|
| 08/18/2009 | **Converted Event** |

Attorney Thonert files Motion to Withdraw Written Appearance. Court enters Order (RJO - OB 17) approving same. Copy of Order to Atty Thonert, Prosecutor, Atty Nix, Defendant

| | |
|---|---|
| 08/25/2009 | **Converted Event** |

PROBATION DEPARTMENT FILES PRE-SENTENCE INVESTIGATION REPORT.

| | |
|---|---|
| 08/26/2009 | **Converted Event** |

Correspondence received from J. Hossler. Same placed in file - no action taken.

| | |
|---|---|
| 08/27/2009 | **Converted Event** |

Correspondence received from G. Mangun. Same placed in file- no action taken.

| | |
|---|---|
| 08/31/2009 | **Converted Event** |

STATE APPEARS BY PROSECUTOR, AMY RICHISON. DEFENDANT APPEARS IN PERSON AND BY COUNSEL, JEREMY NIX WHO FILES WRITTEN APPEARANCE. THE COURT MAKES THE P.S.I. AND LETTER FROM VICTIM'S MOTHER A PART OF THE RECORD. THE DEFENDANT, HAVING BEEN FOUND GUILTY BY JURY TRIAL, AND THE COURT ENTERING JUDGMENT OF CONVICTION, NOW ENTERS SENTENCING ORDER (RJO - OB 17). COURT APPOINTS ATTORNEY NIX TO REPRESENT DEFENDANT FOR PURPOSES OF APPEAL. COPY OF SENTENCING ORDER TO PROSECUTOR, PROBATION, ATTY NIX AND SHERIFF'S DEPT.

| | |
|---|---|
| 08/31/2009 | **Judgment** |

01.  4 CT/CHLD MOLEST/CL A FEL
  • Conversion Unknown

| | | |
|---|---|---|
| 08/31/2009 | **Sentenced** | |
| | Judicial Officer | Hakes, Thomas |

1. 4 CT/CHLD MOLEST/CL A FEL
2. 35-42-4-3(a)/FA: Child Molesting
3. 35-42-4-3(a)/FA: Child Molesting
4. 35-42-4-3(a)/FA: Child Molesting

   Comment:
   (Counts I & II run consecutive to each other and concurrent with counts III and IV; counts III & IV run consecutive to each other and concurrent to counts I & II; count V runs concurrent to counts I & II FOR A TOTAL EXECUTED SENTENCE OF 90 YEARS.)

   Confinement to Commence: 08/31/2009
   Indiana Department of Correction
   Term:  45 Yr
   Jail Credit:  264 Days

| | | |
|---|---|---|
| 08/31/2009 | **Sentenced** | |
| | Judicial Officer | Hakes, Thomas |

5. 35-42-4-3(b)/FC: Child Molesting

   Confinement to Commence: 08/31/2009
   Indiana Department of Correction
   Term:  7 Yr
   Jail Credit:  264 Days

| | |
|---|---|
| 09/01/2009 | **Converted Event** |
| | Defendant, by counsel, files Notice of Appeal and Praecipe for Transcript. LNT: Prosecutor, Attorney Nix |
| 09/01/2009 | **Converted Event** |
| | COURT SENDS ABSTRACT OF JUDGMENT TO THE SHERIFF OF HUNTINGTON COUNTY. |
| 09/15/2009 | **Converted Event** |
| | CLERK SENDS NOTICE OF COMPLETION OF CLERK'S RECORD BY CERTIFIED MAIL ALONG WITH CCS TO THE COURT OF APPEALS. COPY TO PROSECUTOR AND ATTY NIX. |
| 09/25/2009 | **Converted Event** |
| | CLERK CERTIFIES SERVICE BY CERTIFIED MAIL SIGNED BY: CLERK OF COURTS ON 9/17/09. |
| 12/10/2009 | **Converted Event** |
| | Clerk files Notice of Filing of Transcript. LNT: Prosecutor, Public Defender, Court of Appeals. |
| 12/21/2009 | **Converted Event** |
| | CLERK SENDS NOTICE OF COMPLETION OF TRANSCRIPT BY CERTIFIED MAIL ALONG WITH CCS TO THE COURT OF APPEALS. COPY TO ATTYS RICHISON AND NIX. |
| 01/06/2010 | **Certified Mail Returned** |
| | Service for Court of Appeals accepted on 12/23/2009. |
| 03/29/2010 | **Clerk Administrative Event** |
| | Clerk receives Third Request for Transcript via email from the Court of Appeals. Clerk sends completed Transcript by certified mail along with CCS to the Court of Appeals. Clerk notes that email requests for transcripts are not being received from the Court of Appeals because email address is being excluded from list of recipients. Third request was received because it was forwarded from another recipient. Copy to Attys of Record. |

| | | |
|---|---|---|
| 08/26/2010 | **Notice Received from Court of Appeals** | |
| | Court of Appeals enters Memorandum Decision - Not for Publication. | |
| 09/01/2010 | **Order Issued** | |
| | Court enters Modified Sentencing Order [RJO]. Copy of Order to Prosecutor, Probation, Attorney Nix and Defendant. Copy also to be sent to the Indiana Dept. of Corrections with the amended abstract. | |
| | Order Signed: | 09/01/2010 |
| 09/03/2010 | **Abstract of Judgment Sent to DOC** | |
| | Court sends Amended Abstract to Central Office DOC and Miami Correctional Facility via regular mail. | |
| 09/17/2010 | **Abstract of Judgment Sent to DOC** | |
| | Court sends Second Amended Abstract to Central Office DOC (fax) & Miami Correctional Facility. | |
| 02/10/2011 | **Correspondence to/from Court Filed** | |
| | Court receives correspondence from Defendant. | |
| | Filed By: | Skeens, Eric Benson |
| | File Stamp: | 02/10/2011 |
| 05/02/2011 | **Clerk Administrative Event** | |
| | Clerk receives correspondence from defendant. Clerk sends requested CCS. | |
| 05/10/2011 | **Clerk Administrative Event** | |
| | Clerk receives correspondence from defendant requesting copy of search warrant and Affidavit of Probable Cause relating to search warrant. Correspondence placed in file. | |
| 05/19/2011 | **Clerk Administrative Event** | |
| | Clerk sends defendant correspondence stating that the requested information was not found in Court file. Copy of Clerk's correspondence placed in file. | |
| 05/23/2011 | **Clerk Administrative Event** | |
| | Clerk receives public access request from defendant. Same placed in file. | |
| 05/26/2011 | **Clerk Administrative Event** | |
| | Clerk sends correspondence to defendant stating that requested information was not found in Court file. Copy of letter placed in file. | |
| 06/06/2011 | **Clerk Administrative Event** | |
| | Clerk receives Request for Access to Public Record (2 letters) from defendant dated 6-2-11 and 6-3-11. Clerk sends Requests to Circuit Court Judge for review. Requests placed in file. | |
| 06/10/2011 | **Correspondence to/from Court Filed** | |
| | Court receives request from defendant for transcript of probable cause/search warrant hearing . Same is denied. LNT: Defendant. | |
| | Filed By: | Skeens, Eric Benson |
| | File Stamp: | 05/29/2011 |
| 06/10/2011 | **Correspondence to/from Court Filed** | |
| | Court receives request from defendant for transcript of probable cause/search warrant hearing. Same is denied. LNT: Defendant. | |
| | Filed By: | Skeens, Eric Benson |
| | File Stamp: | 06/03/2011 |

| | | |
|---|---|---|
| 06/13/2011 | **Clerk Administrative Event** | |
| | Clerk sends correspondence to defendant by certified mail along with a complete CCS, certified copies of Arrest Warrant and Oral Probable Cause Determination and Order. Copy to defendant. | |
| 06/16/2011 | **Clerk Administrative Event** | |
| | Clerk receives correspondence from defendant. Copy of correspondence as well as previous correspondences from May-June 2011 sent to County Atty Robert Garrett for review. Defendant will receive answer to correspondence (dated 6-16-11) after review. Copy to defendant. | |
| 06/24/2011 | **Certified Mail Returned** | |
| | With service accepted by Marlene Kelly for Eric Skeens % DOC. | |
| 06/30/2011 | **Clerk Administrative Event** | |
| | Clerk receives copy of letter addressed to defendant from County Atty Garrett. Letter states that no further request for information (regarding search warrant and probable cause for search warrant) will be honored. Copy of letter placed in defendant's Circuit Court file. Copy of CCS to defendant. | |
| 07/18/2011 | **Administrative Event** | |
| | Court receives improper pleadings from Defendant. Court enters Order in 35C01-1101-PC-4 regarding same. LNT: Prosecutor, Defendant | |
| | Filed By: | Skeens, Eric Benson |
| | File Stamp: | 07/18/2011 |
| 08/15/2011 | **Clerk Administrative Event** | |
| | Clerk receives request for public access from defendant. Clerk sends requested CCS (entries dated 6/13/11-present) sent to defendant. | |
| 01/28/2013 | **Correspondence to/from Court Filed** | |
| | Court receives copy of 1/24/13 correspondence from Defendant. Same placed in file. | |
| | Filed By: | Skeens, Eric Benson |
| | File Stamp: | 01/28/2013 |
| 02/15/2013 | **Motion Filed** | |
| | Defendant, pro se, files Motion for Return of Petitioner's Property. | |
| | Filed By: | Skeens, Eric Benson |
| | File Stamp: | 02/14/2013 |
| 02/15/2013 | **Administrative Event** | |
| | Court sends copy of Motion for Return of Petitioner's Property to prosecutor for response. LNT: Prosecutor & Defendant. | |
| 02/19/2013 | **Motion To Compel** | |
| | Defendant, pro se, files Certified Motion to Compel Production of Documents. File-stamped copy to Attorney Thonert and Defendant. | |
| | Filed By: | Skeens, Eric Benson |
| | File Stamp: | 02/19/2013 |
| 02/21/2013 | **Response to a Petition Filed** | |
| | State of Indiana, by Prosecutor Amy Richison, files Response to Defendant's Motion for Return of Petitioner's Property. | |
| | Filed By: | Richison, Amy Christine |
| | File Stamp: | 02/21/2013 |

| | | |
|---|---|---|
| 02/22/2013 | **Administrative Event** | |
| | Court evaluates the defendant's motion (filestamped 2/14/13) and the state's response (filestamped 2/21/13). There being no property in the possession of Huntington County Prosecutor or Law Enforcement, the motion is dismissed. LNT: Prosecutor & Defendant. | |
| 03/04/2013 | **Motion for Enlargement of Time Filed** | |
| | Respondent, by counsel Thonert, files Motion for Enlargement of Time Within Which to Answer, Plead or Otherwise Respond to Petitioner's Motion to Compel. | |
| | Filed By: | Nix, Jeremy Kenneth |
| | File Stamp: | 03/04/2013 |
| 03/18/2013 | **Answer Filed** | |
| | Attorney Thonert files Respondent's Answer to Petitioner's Motion to Compel Production of Documents. | |
| | File Stamp: | 03/18/2013 |
| 03/20/2013 | **Order Issued** | |
| | Court enters Order [RJO]. Copy to Attorney Thonert, Defendant. | |
| | Order Signed: | 03/20/2013 |
| 04/04/2013 | **Correspondence to/from Court Filed** | |
| | Court receives correspondence from Defendant. | |
| | Filed By: | Skeens, Eric Benson |
| | File Stamp: | 04/04/2013 |
| 04/04/2013 | **Administrative Event** | |
| | Correspondence received by defendant and filestamped 4/4/13 is placed in file with no action taken. LNT: Defendant. | |
| 05/01/2013 | **Motion Filed** | |
| | Defendant, pro se, files Motion for Voir Dire, Trial, & Sentencing Transcripts. | |
| | Filed By: | Skeens, Eric Benson |
| | File Stamp: | 05/01/2013 |
| 05/02/2013 | **Administrative Event** | |
| | Comes now the Court and finds that the defendant is represented by Public Defender under cause number 35C01-1101-PC-000004. The Court will only accept filings from Public Defender. The defendant's Motion for Voir Dire, Trial & Sentencing Transcripts is placed in file with no action taken. LNT: Defendant & Attorney Merryman. | |
| 05/08/2013 | **Motion Filed** | |
| | Defendant, pro se, files Motion to Reconsider. | |
| | Filed By: | Skeens, Eric Benson |
| | File Stamp: | 05/08/2013 |
| 05/14/2013 | **Administrative Event** | |
| | Comes now the Court and finds that the Defendant's Motion to Reconsider filed on 5/8/13 is DENIED. LNT: Prosecutor & Defendant. | |
| 07/30/2013 | **Motion Filed** | |
| | Defendant, pro se, files Motion for Trial Transcripts and Record of all Proceedings; and Motion to Compel Production of Documents. | |
| | Filed By: | Skeens, Eric Benson |
| | File Stamp: | 07/26/2013 |

| | | |
|---|---|---|
| 07/30/2013 | **Administrative Event** | |
| | Documents have been provided. The defendant's request for additional copies is denied. LNT: Defendant. | |
| 08/12/2013 | **Motion To Compel** | |
| | Defendant, pro se, files Motion to Compel Production of Omitted and/or Missing Documents. | |
| | Filed By: | Skeens, Eric Benson |
| | File Stamp: | 08/09/2013 |
| 08/12/2013 | **Answer Filed** | |
| | Attorney Thonert files Respondent's Answer to Petitioners Motion to Compel Production of Documents of Omitted and or Missing Documents. | |
| | File Stamp: | 08/12/2013 |
| 08/12/2013 | **Administrative Event** | |
| | Court's response to Motion to Compel filestamped 8/9/13: The matter has been heard prior to this action. LNT: Petitioner & Respondent. | |
| 12/18/2014 | **Motion To Compel** | |
| | Defendant, pro se, files Motion to Compel Production of Omitted and/or Missing Documents. | |
| | Filed By: | Skeens, Eric Benson |
| | File Stamp: | 12/18/2014 |
| 12/31/2014 | **Administrative Event** | |
| | Defendant filed Motion to Compel Production of Omitted and/or Missing Documents on 12/18/14. The matter was resolved in response of August 12, 2013; therefore the present motion is denied. The Court notes that the caption in this filing is not correct. Eric Skeens shall correct or the Court will not accept future filings. LNT: DEFENDANT. | |
| 01/29/2015 | **Motion Filed** | |
| | Defendant, pro se, files Motion for Production of Medical Reports and Related Evidence. | |
| | Filed By: | Skeens, Eric Benson |
| | File Stamp: | 01/29/2015 |
| 01/30/2015 | **Request for Records** | |
| | Eric B Skeens Doc#196051 requested a copy of the Clerks Record: Clerk mailed Response. 442 pages at 25cents a page $110.50 and $13.00 flat rate postage for a total of $123.50. | |
| | File Stamp: | 01/20/2015 |
| 01/30/2015 | **Administrative Event** | |
| | Defendant's Motion for Production of Medical Reports and Related Evidence is denied. | |
| 01/30/2015 | **Motion to Compel Discovery Filed** | |
| | Defendant, pro se, files Motion to Compel Production of Documents. | |
| | Filed By: | Skeens, Eric Benson |
| | File Stamp: | 01/30/2015 |
| 06/02/2015 | **Correspondence to/from Court Filed** | |
| | Defendant sends correspondence to the Court Reporter requesting additional transcript of specific portion of voir dire. Court notes that a full, true, correct and complete transcript was filed on 12/10/09. There is no additional conversation at the point where the defendant is requesting. LNT: Defendant. | |
| | Filed By: | Skeens, Eric Benson |
| | File Stamp: | 05/29/2015 |

| Date | Event |
|---|---|
| 07/09/2015 | **Correspondence to/from Court Filed** |

Correspondence received from defendant requesting audio recording of a certain portion of the voir dire. Court Reporter sends disk with the portion of voir dire requested and notes that the exact starting point on the disk is 1:13:41. LNT: Defendant.

| | |
|---|---|
| Filed By: | Skeens, Eric Benson |
| File Stamp: | 06/08/2015 |

| 09/30/2015 | **Correspondence to/from Court Filed** |
|---|---|

Letter received addressed to the Court Reporter and is provided to the Judge. Document is not a proper filing. Court notes that a transcript AND disk of the audio recording have been provided to the Defendant. The Defendant has all the information that the Court Reporter has. No action is taken on the letter. LNT: Defendant.

| | |
|---|---|
| Filed By: | Skeens, Eric Benson |
| File Stamp: | 09/30/2015 |

| 04/25/2017 | **Appearance Filed** |
|---|---|

Appearance

| | |
|---|---|
| For Party: | Skeens, Eric Benson |
| File Stamp: | 04/25/2017 |

| 08/07/2017 | **Motion Filed** |
|---|---|

Motion

| | |
|---|---|
| Filed By: | Skeens, Eric Benson |
| File Stamp: | 08/07/2017 |

| 08/08/2017 | **Order Granting** |
|---|---|

Court enters Order granting CD of Voir Dire Audio of July 21, 2009.

| | |
|---|---|
| Order Signed: | 08/08/2017 |

| 08/09/2017 | **Automated ENotice Issued to Parties** |
|---|---|

Order Granting ---- 8/8/2017 : Cynthia M Carter;Amy Christine Richison

| 07/16/2021 | **Administrative Event** |
|---|---|

The Court receives correspondence from the Defendant requesting a transcript. Per the docket, this information has previously been provided to the defendant in its' entirety on 09/30/2015 and via audio CD on 08/08/2017. No further action taken.

| | |
|---|---|
| Noticed: | Skeens, Eric Benson |

| 07/16/2021 | **Clerk Administrative Event** |
|---|---|

CCS Entry of 7/16/2021, Administrative Event notice sent to defendant.

| | |
|---|---|
| Noticed: | Skeens, Eric Benson |

| 07/17/2021 | **Automated Paper Notice Issued to Parties** |
|---|---|

Administrative Event ---- 7/16/2021 : Eric Benson Skeens

| 07/30/2021 | **Administrative Event** |
|---|---|

Correspondence requesting "shorthand notes".

| | |
|---|---|
| Filed By: | Skeens, Eric Benson |

| 08/03/2021 | **Administrative Event** |
|---|---|

The Court takes no action with the correspondence from the Defendant requesting additional information. The Defendant was notified on 09/30/2015 that all documentation available to him has previously been provided.

| | |
|---|---|
| Noticed: | Skeens, Eric Benson |

| Date | Event | |
|---|---|---|
| 08/04/2021 | **Automated Paper Notice Issued to Parties** | |
| | Administrative Event ---- 8/3/2021 : Eric Benson Skeens | |
| 08/04/2021 | **Clerk Administrative Event** | |
| | CCS Entry of 8/3/2021, Administrative Event notice sent to defendant. | |
| | Noticed: | Skeens, Eric Benson |
| 09/27/2021 | **Opinion - Memorandum Received from the Court of Appeals** | |
| | File Stamp: | 09/27/2021 |
| 11/19/2021 | **Order Received from the Indiana Supreme Court** | |
| | Order Signed: | 11/18/2021 |
| 11/20/2021 | **Automated ENotice Issued to Parties** | |
| | Order Received from the Indiana Supreme Court ---- 11/19/2021 : Cynthia M Carter;Amy Christine Richison | |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.