This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

# SKEENS, ERIC BENSON V. STATE OF INDIANA

| | |
|---|---|
| Case Number | 35A05-0909-CR-00515 |
| Court | Court of Appeals |
| Type | CR - Direct Appeals (Non Capital, Non-LWOP) |
| Filed | 09/01/2009 |
| Status | 09/01/2009 , Closed |
| Reference | Original County Cause Number<br>35C010812FA73 |

## Parties to the Case

**Appellant**   Skeens, Eric Benson

Address
Confidential Address

Attorney
Jeremy Kenneth Nix
*#2433035, Lead, Retained*

45 West Market Street
P.O. Box 191
Huntington, Indiana 46750
260-358-4846(W)

Attorney
Cynthia M Carter
*#2330549, Retained*

212 W. 10th Street
Suite D-320
Indianapolis, IN 46202
317-955-7997(W)

**Appellee**   State of Indiana

Attorney
Gregory F Zoeller
*#195898, Lead, Retained*

302 West Washington St.
IGCS-5th Floor
Indianapolis, Indiana 46204
317-234-4669(W)

Attorney
Ann Lorraine Goodwin
*#2236553, Retained*

P.O. Box 199174
Indianapolis, Indiana 46219
317-462-3455(W)

Attorney
Curtis Theophilus Hill
*#1399920, Retained*

Indiana Attorney General
302 West Washington Street
IGCS-5th Floor
Indianapolis, IN 46204
317-232-6201(W)

## Chronological Case Summary

| | |
|---|---|
| 09/01/2009 | **Notice of Appeal Filed in Trial Court**<br>"NOTICE OF APPEAL FILED" |
| 09/09/2009 | **Converted Event**<br>APPELLANT'S CASE SUMMARY BY JEREMY K. NIX, ATTY. FOR THE APPELLANT (2) CERTIFICATE OF SERVICE (2) MAIL MS 09/14/09 |
| 09/15/2009 | **Notice of Completion of Clerk's Record**<br>NOTICE OF COMPLETION OF CLERK'S RECORD (1) *TRANSCRIPT NOT YET COMPLETED* LH 9-21-09 |
| 12/21/2009 | **Notice of Completion of Transcript**<br>NOTICE OF COMPLETION OF TRANSCRIPT (1) MC 12/28/09 |
| 12/31/2009 | **Converted Event**<br>0001958-98; EMAIL SENT REGARDING TRANSMISSION OF ORDERS, OPINIONS & NOTICES TO ATTORNEY GREGORY FRANCIS ZOELLER |
| 12/31/2009 | **Converted Event**<br>0024330-35; EMAIL SENT REGARDING TRANSMISSION OF ORDERS, OPINIONS & NOTICES TO ATTORNEY JEREMY KENNETH NIX |
| 01/11/2010 | **Converted Event**<br>0024330-35;EMAIL RESPONSE RECEIVED REGARDING TRANSMISSION OF ORDERS, OPINIONS & NOTICES FROM ATTY JEREMY NIX [DOCKET DATE MAY NOT REFLECT DATE RESPONSE RECEIVED. SEE FILE FOR ACTUAL DATE RECEIVED.] |

| Date | Event | Description |
|---|---|---|
| 01/20/2010 | Appellant Brief and Appendix | APPELLANT'S BRIEF (9) AND THREE (3) VOLUME APPENDIX (1 GREEN) FILED. CERTIFICATE OF SERVICE (9) BY MAIL 01/20/10 AS 01/25/10 |
| 01/25/2010 | Converted Event | ****NOTE:COVER LTR REQUEST FILED STAMPED COPY OF BRIEF RETURNED. NOT ENOUGH COPIES TENDERED (9). RULE 23 LTR SENT. AS 01/25/10 |
| 02/09/2010 | Appearance | NOTICE OF APPEARANCE BY ANN GOODWIN, DAG, ATTY. FOR THE APPELLEE (2) CERTIFICATE OF SERVICE (2) BY MAIL 02/09/10 RB 02/10/10 |
| 02/10/2010 | Converted Event | 0022365-53; EMAIL SENT REGARDING TRANSMISSION OF ORDERS, OPINIONS & NOTICES TO ATTORNEY ANN LORRAINE GOODWIN |
| 02/10/2010 | Trial Court Clerk Notified to Transmit Transcript | TRIAL COURT CLERK NOTIFIED TO TRANSMIT TRANSCRIPT. |
| 02/10/2010 | Converted Event | 3 VOL. APPENDIX (1-GREEN) RELEASED TO DAG, GOODWIN. RB 02/10/10 |
| 02/10/2010 | Card in Box for Release of Transcripts | ****NOTE: CARD IN BOX FOR RELEASE OF TRANS. WHEN IT ARRIVES. |
| 02/10/2010 | Converted Event | 0022365-53; EMAIL RESPONSE RECEIVED REGARDING TRANSMISSION OF ORDERS, OPINIONS & NOTICES FROM ATTY ANN GOODWIN. MS 02/11/10 |
| 02/17/2010 | Converted Event | APPELLEE'S VERIFIED MOTION TO SET NEW DUE DATE FOR THE BRIEF OF APPELLEE (6) CERTIFICATE OF SERVICE (6) BY MAIL 2-17-10 LH 2-17-10 |
| 02/22/2010 | Converted Event | ISSUED THE ENCLOSED ORDER: |
| 02/22/2010 | Converted Event | HAVING REVIEWED THE MATTER, THE COURT FINDS AND ORDERS AS FOLLOWS: APPELLEE'S VERIFIED PETITION FOR AN EXTENSION OF TIME TO FILE BRIEF IS GRANTED, TO AND INCLUDING MARCH 9, 2010. JOHN G. BAKER, CHIEF JUDGE KJ 02/23/10 |
| 02/23/2010 | Converted Event | ****** ABOVE ENTRY MAILED ****** |
| 03/09/2010 | Appellee Brief | APPELLEE'S BRIEF (9) CERTIFICATE OF SERVICE (9) BY MAIL 03/09/10 ED 03/10/10 |
| 03/16/2010 | Documents Returned from Attorney/Party | 3 VOL. APPENDIX (1-GREEN) RETURNED. ED 03/16/10 [A technical issue with this entry was corrected on 07/07/2015] |
| 03/17/2010 | Trial Court Clerk Notified to Transmit Transcript | TRIAL COURT CLERK NOTIFIED TO TRANSMIT TRANSCRIPT. *SECOND* AB 03/17/10 |

| Date | Event |
|---|---|
| 03/26/2010 | **Trial Court Clerk Notified to Transmit Transcript**<br>TRIAL COURT CLERK NOTIFIED TO TRANSMIT TRANSCRIPT. *THIRD* AB 03/26/10 |
| 03/29/2010 | **Converted Event**<br>****NOTE: RECEIVED PHONE CALL FROM JENNY LAUX AT THE HUNTINGTON COUNTY CLERK'S OFFICE. THE TRANSCRIPT IS BEING SENT TODAY. AB 03/29/10 |
| 04/06/2010 | **Received Document from Trial Court/Agency Clerk**<br>RECEIVED: THREE (3) VOLUME TRANSCRIPT, ONE (1) VOLUME EXHIBIT PLUS T/C FROM TRIAL COURT CLERK PA 04/06/10 |
| 04/06/2010 | **Converted Event**<br>3 VOL. TRANSCRIPT, 1 VOL. EXHIBIT PLUS T/C RELEASED TO DAG, GOODWIN. PA 04/06/10 |
| 04/12/2010 | **Documents Returned from Attorney/Party**<br>3 VOL. TRANSCRIPT, 1 VOL. EXHIBIT, T/C RETURNED ED 04/12/10 |
| 04/13/2010 | **Case Fully Briefed**<br>FULLY BRIEFED INFORMATION: FILED 09/09/09 F.B. 04/13/10 O.A. NONE AB 04/13/10 |
| 04/13/2010 | **Transmitted to Court of Appeals**<br>TRANSMITTED APPEALS *************04/13/10*********** AB 04/13/10 |
| 08/25/2010 | **Converted Event**<br>0001958-98; EMAIL ADDRESS PREVIOUSLY CONFIRMED FOR ATTORNEY GREGORY FRANCIS ZOELLER |
| 08/25/2010 | **Opinion Issued**<br>ISSUED THE ENCLOSED OPINION: |
| 08/25/2010 | **Converted Event**<br>2010 TERM AFFIRMED/REVERED/REMANDED------BROWN, J. NAJAM, J. AND VAIDIK, J. CONCUR MEMORANDUM DECISION/NOT FOR PUBLICATION 28 PAGES ENTERED 8/25/10 KM |
| 08/25/2010 | **Converted Event**<br>****** ABOVE ENTRY MAILED ****** |
| 09/24/2010 | **Converted Event**<br>APPELLANT'S PETITION TO TRANSFER (9) CERTIFICATE OF SERVICE (9) BY MAIL 09/24/10. ENTERED ON 09/30/10 KSB |
| 10/18/2010 | **Converted Event**<br>APPELLEE'S NOTICE REGARDING TRANSFER (6) CERTIFICATE OF SERVICE (6) BY MAIL 10/18/10 ENTERED ON 10/19/10 MS |
| 10/20/2010 | **Converted Event**<br>************TRANSMITTED ON TRANSFER 10/20/10*********** ENTERED ON 10/20/10 AB |
| 10/20/2010 | **Converted Event**<br>CASE BUNDLE SENT TO STATEHOUSE ENTERED ON 10/20/10 AV |

| Date | Event | |
|---|---|---|
| 11/03/2010 | **Converted Event** | |
| | THIS MATTER HAS COME BEFORE THE INDIANA SUPREME COURT ON A PETITION TO TRANSFER JURISDICTION FOLLOWING THE ISSUANCE OF A DECISION BY THE COURT OF APPEALS. THE PETITION WAS FILED PURSUANT TO APPELLATE RULE 57. THE COURT HAS REVIEWED THE DECISION OF THE COURT OF APPEALS. ANY RECORD ON APPEAL THAT WAS SUBMITTED HAS BEEN MADE AVAILABLE TO THE COURT FOR REVIEW, ALONG WITH ANY AND ALL BRIEFS THAT MAY HAVE BEEN FILED IN THE COURT OF APPEALS AND ALL THE MATERIALS FILED IN CONNECTION WITH THE REQUEST TO TRANSFER JURISDICTION. EACH PARTICIPATING MEMBER OF THE COURT HAS VOTED ON THE PETITION. EACH PARTICIPATING MEMBER HAS HAD THE OPPORTUNITY TO VOICE THAT JUSTICE'S VIEWS ON THE CASE IN CONFERENCE WITH THE OTHER JUSTICES. BEING DULY ADVISED, THE COURT NOW DENIES THE APPELLANT'S PETITION TO TRANSFER OF JURISDICTION. RANDALL T. SHEPARD, CHIEF JUSTICE ALL JUSTICES CONCUR. (ORDER REC'D. 11/3/10 AT 2:00 P.M.) ENTERED 11/4/10 KM | |
| 11/04/2010 | **Converted Event** | |
| | ****** ABOVE ENTRY MAILED ****** | |
| 11/08/2010 | **Opinion Certified** | |
| | ***************OPINION CERTIFIED*************** ENTERED ON 11/08/10 ED | |
| 11/12/2010 | **Converted Event** | |
| | ***************RECEIPT RETURNED********** ENTERED ON 11/16/10 AV [A technical issue with this entry was corrected on 07/07/2015] | |
| 11/07/2012 | **Converted Event** | |
| | 3 VOL. TRANSCRIPT, 1 VOL. EXHIBIT, T/C & 3 VOL. APPENDIX & BREIFS RELEASED TO STATE PD PER CASE POOL KLM | |
| 04/03/2013 | **Converted Event** | |
| | VERIFIED NOTICE THAT THE RECORD WAS TRANSFERRED ON 03/20/13 TO STATE PD MERRYMAN ENTERED ON 04/04/13 KLM | |
| 07/30/2013 | **Documents Returned from Attorney/Party** | |
| | 3 VOLUME TRANSCRIPT, 1 VOLUME EXHIBIT, T/C & 3 VOLUME APPENDIX & BRIEFS RETURNED KLM | |
| 11/19/2014 | **Converted Event** | |
| | APPELLANT'S PRO SE MOTION FOR COPY OF RECORD ON APPEAL (2) ENTERED ON 12/01/14 KF | |
| 12/04/2014 | **Converted Event** | |
| | THE COURT HAS ISSUED THE ATTACHED ORDER: | |
| 12/04/2014 | **Order Issued** | |
| | HAVING REVIEWED THE MATTER, THE COURT FINDS AND ORDERS AS FOLLOWS: 1. APPELLANT'S MOTION FOR COPY OF RECORD ON APPEAL IS GRANTED 2. PERMISSION IS GRANTED FOR THE RECORD TO BE WITHDRAWN BY THE OFFICE OF THE PUBLIC DEFENDER OF INDIANA OR BY ONE OF HIS DEPUTIES WHO IS LICENSED TO PRACTICE LAW IN THE STATE OF INDIANA FOR A PERIOD OF NINETY (90) DAYS, FOR THE PURPOSE OF COPYING THE COPY TO BE TRANSMITTED TO THE APPELLANT FOR EXAMINATION BY THE APPELLANT AT D.O.C. # 196051, INDIANA STATE PRISON, ONE PARK ROW MICHIGAN CITY, IN 46360, PROVIDED HOWEVER, THAT IF THE PUBLIC DEFENDER HAS AGREED TO SERVE AS COUNSEL FOR THE APPELLANT AND THE APPELLANT WISHES TO CONTINUE TO BE REPRESENTED BY THE PUBLIC DEFENDER, THEN THE APPELLANT IS NOT ENTITLED TO A COPY OF THE RECORD OF PROCEEDINGS AT PUBLIC EXPENSE AND THE PUBLIC DEFENDER IS RELIEVED OF THE OBLIGATION TO MAKE A COPY OF THAT RECORD, ANY CONTRARY LANGUAGE IN THIS ORDER NOTWITHSTANDING. NANCY H. VAIDIK, CHIEF JUDGE (ORDER REC'D ON 12/04/14 @ 1:39 PM) ENTERED ON 12/05/14 BR | |

| | | |
|---|---|---|
| 12/05/2014 | **Converted Event** | |
| | ****** ABOVE ENTRY MAILED ****** | |
| 03/16/2015 | **Converted Event** | |
| | CASE BUNDLE RELEASED TO STATE PD PER COPYLIST ORDER. ENTERED ON 03/16/15 AV [A technical issue with this entry was corrected on 07/07/2015] | |
| 03/18/2015 | **Converted Event** | |
| | CASE BUNDLE RETURNED. ENTERED ON 03/18/15 AV | |
| 07/14/2016 | **Received Document** | |
| | Receive Date: 07/11/16 Motion for Release of Records from Atty. Carter - must be e-filed pursuant to App.R. 68. | |
| | PostmarkDate: | 07/06/2016 |
| 07/14/2016 | **Letter Issued** | |
| | Motion to Release Records | |
| | Party: | Skeens, Eric Benson |
| | Serve: | Carter, Cynthia M |
| | Date Sent: | 07/14/2016 |
| 07/14/2016 | **Document Transmitted** | |
| 07/15/2016 | **Motion to Withdraw Record of Proceedings** | |
| | Certificate of Service- Electronically Served 07/151/6 | |
| | Attorney: | Carter, Cynthia M |
| | Requester: | Carter, Cynthia M |
| | File Stamp: | 07/15/2016 |
| 07/20/2016 | **Order Issued** | |
| | Having reviewed the matter, the Court finds and orders as follows: 1. The Motion for Release of Records is granted, and the Clerk of this Court is authorized to release the Record on Appeal to Cynthia M. Carter. 2. No later than ninety (90) days after the Record has been withdrawn from the Office of the Clerk of this Court, Cynthia M. Carter is ordered to return the Record, intact, to the Office of the Clerk of the Court of Appeals of Indiana. | |
| | Judicial Officer: | Vaidik, Nancy H. |
| | Serve: | Zoeller, Gregory F |
| | Serve: | Goodwin, Ann Lorraine |
| | Serve: | Nix, Jeremy Kenneth |
| | Serve: | Skeens, Eric Benson |
| | Serve: | Carter, Cynthia M |
| | File Stamp: | 07/20/2016 |
| 07/20/2016 | **Document Transmitted** | |
| 07/25/2016 | **Record Released** | |
| | to Atty Carter per order: Volumes of Transcripts 3 Volumes of Exhibits 1 Volumes of T/C 1 Volumes of Appendices 3 Briefs 1 set | |
| | Release Date: | 07/25/2016 |

| 10/19/2016 | Motion for Extension to Keep Record |
|---|---|
| | Certificate of Service- Electronically Served 10/17/16 |
| | Attorney: Carter, Cynthia M |
| | Party: Skeens, Eric Benson |
| | File Stamp: 10/17/2016 |

| 10/25/2016 | Order Granting Motion for Extension of Time |
|---|---|
| | Having reviewed the matter, the Court finds and orders as follows: 1. Appellant's Verified Motion for Extension of Time is granted. 2. Within thirty (30) days of the date of this order, Appellant's counsel Cynthia M. Carter is ordered to either (1) return the original Record on Appeal, intact, to the Office of the Clerk of the Court of Appeals of Indiana; or (2) file a motion requesting additional time to retain the record. |
| | Judicial Officer: Vaidik, Nancy H. |
| | Party: Skeens, Eric Benson |
| | Serve: Zoeller, Gregory F |
| | Serve: Carter, Cynthia M |
| | File Stamp: 10/24/2016 |

| 10/25/2016 | Document Transmitted |
|---|---|

| 01/31/2017 | Order Issued |
|---|---|
| | Having reviewed the matter, the Court finds and orders as follows: 1. Within fifteen (15) days of the date of this order, Attorney Cynthia M. Carter is ordered to return the record on appeal to the Clerk of this Court or file a motion requesting additional time to retain the record. 2. The Clerk of this Court is directed to send a copy of this order to the parties and Attorney Cynthia M. Carter. |
| | Judicial Officer: Vaidik, Nancy H. |
| | Serve: Goodwin, Ann Lorraine |
| | Serve: Carter, Cynthia M |
| | File Stamp: 01/30/2017 |

| 01/31/2017 | Document Transmitted |
|---|---|

| 02/09/2017 | Record Returned |
|---|---|
| | Volumes of Transcripts 3 Volumes of Exhibits 1 Volumes of T/C 1 Volumes of Appendices 3 Briefs 1 set |
| | Return Date: 02/08/2017 |

| 03/28/2019 | Motion to Withdraw Record of Proceedings |
|---|---|
| | Certificate of Service- Electronically Served 03/27/19 |
| | Attorney: Carter, Cynthia M |
| | Requester: Skeens, Eric Benson |
| | File Stamp: 03/27/2019 |

| | | |
|---|---|---|
| 04/02/2019 | **Order Granting Motion for Release of Record** | |

Having reviewed the matter, the Court finds and orders as follows: 1. Appellant's Motion for Release of Records is granted, and the Clerk of this Court is authorized to release the Record on Appeal to Attorney Cynthia M. Carter. 2. Within ninety (90) days of the date of this order, Attorney Carter is ordered to either (1) return the original Record on Appeal, intact, to the Office of the Clerk of the Court of Appeals of Indiana; or (2) file a motion requesting additional time to retain the record. 3. Failure to timely return the record on appeal to the Clerk of this Court or to file a motion requesting additional time to retain the record may result in an order to show cause why counsel should not be held in contempt for failure to comply with this Court's orders.

| | |
|---|---|
| Judicial Officer: | Vaidik, Nancy H. |
| Party: | Skeens, Eric Benson |
| Serve: | Carter, Cynthia M |
| Serve: | Hill, Curtis Theophilus |
| File Stamp: | 04/02/2019 |

| | |
|---|---|
| 04/02/2019 | **Document Transmitted** |

| | |
|---|---|
| 04/15/2019 | **Record Released** |

to Atty Carter per order: Volumes of Transcripts 3 Volumes of Exhibits 1 Volumes of T/C 1 Volumes of Appendices 3 Briefs 3

| | |
|---|---|
| Release Date: | 04/15/2019 |

| | |
|---|---|
| 04/15/2019 | **Note** |

record was released 4/11/19 rather than 4/15/19.

| | |
|---|---|
| 07/24/2019 | **Motion for Extension to Keep Record** |

Certificate of Service- Electronically Served 07/23/19

| | |
|---|---|
| Attorney: | Carter, Cynthia M |
| Party: | Skeens, Eric Benson |
| File Stamp: | 07/23/2019 |

| | |
|---|---|
| 07/30/2019 | **Order Granting Motion to Retain Record** |

Having reviewed the matter, the Court finds and orders as follows: 1. Appellant's Motion to Extend Release of Records is granted. 2. Within ninety (90) days of the date of this order, Appellant's counsel Cynthia Carter is ordered to either (1) return the original Record on Appeal, intact, to the Office of the Clerk of the Court of Appeals of Indiana; or (2) file a motion requesting additional time to retain the record. 3. Failure to timely return the record on appeal to the Clerk of this Court or to file a motion requesting additional time to retain the record may result in an order to show cause why counsel should not be held in contempt for failure to comply with this Court's orders.

| | |
|---|---|
| Judicial Officer: | Vaidik, Nancy H. |
| Party: | Skeens, Eric Benson |
| Serve: | Goodwin, Ann Lorraine |
| Serve: | Nix, Jeremy Kenneth |
| Serve: | Skeens, Eric Benson |
| Serve: | Carter, Cynthia M |
| Serve: | Hill, Curtis Theophilus |
| File Stamp: | 07/30/2019 |

| | |
|---|---|
| 07/30/2019 | **Document Transmitted** |

| | | |
|---|---|---|
| 12/13/2019 | **Order Issued** | |
| | Having reviewed the matter, the Court finds and orders as follows: 1. Within seven (7) days of the date of this order, Attorney Cynthia M. Carter is ordered to return the original record on appeal for Cause Number 35A05-0909-CR-515 to the Clerk of this Court, to file a motion requesting additional time to retain the record, or to show cause why she is unable to comply with this order. 2. The Clerk of this Court is directed to send this order to the parties and to Attorney Carter. | |
| | Judicial Officer: | Vaidik, Nancy H. |
| | Serve: | Goodwin, Ann Lorraine |
| | Serve: | Nix, Jeremy Kenneth |
| | Serve: | Skeens, Eric Benson |
| | Serve: | Carter, Cynthia M |
| | Serve: | Hill, Curtis Theophilus |
| | File Stamp: | 12/13/2019 |
| 12/13/2019 | **Document Transmitted** | |
| 12/17/2019 | **Motion for Extension to Keep Record** | |
| | Certificate of Service- Electronically Served 10/16/19, as stated | |
| | Attorney: | Carter, Cynthia M |
| | Party: | Skeens, Eric Benson |
| | File Stamp: | 12/16/2019 |
| 12/17/2019 | **Motion to Retain Record** | |
| | Certificate of Service- Electronically Served 12/17/19 | |
| | Attorney: | Carter, Cynthia M |
| | Party: | Skeens, Eric Benson |
| | File Stamp: | 12/17/2019 |
| 12/20/2019 | **Order Issued** | |
| | Having reviewed the matter, the Court finds and orders as follows: 1. Appellant's Amended Motion to Extend Release of Records is granted in part. 2. Within ninety (90) days of the date of this order, Appellant's counsel Cynthia Carter is ordered to either (1) return the original Record on Appeal, intact, to the Office of the Clerk of the Court of Appeals of Indiana; or (2) file a motion requesting additional time to retain the record. 3. Failure to timely return the record on appeal to the Clerk of this Court or to file a motion requesting additional time to retain the record may result in an order to show cause why counsel should not be held in contempt for failure to comply with this Court's orders. | |
| | Judicial Officer: | Vaidik, Nancy H. |
| | Serve: | Goodwin, Ann Lorraine |
| | Serve: | Nix, Jeremy Kenneth |
| | Serve: | Skeens, Eric Benson |
| | Serve: | Carter, Cynthia M |
| | Serve: | Hill, Curtis Theophilus |
| | File Stamp: | 12/19/2019 |
| 12/20/2019 | **Document Transmitted** | |
| 03/23/2020 | **Motion to Retain Record** | |
| | Certificate of Service- Electronically Served 03/23/20 | |
| | Attorney: | Carter, Cynthia M |
| | Party: | Skeens, Eric Benson |
| | File Stamp: | 03/23/2020 |

| | | |
|---|---|---|
| 03/25/2020 | Order Granting Motion to Retain Record | |
| | Having reviewed the matter, the Court finds and orders as follows: 1. Appellant's Motion to Extend Release of Records is granted in part. 2. Within ninety (90) days of the date of this order, Appellant's counsel Cynthia Carter is ordered to either (1) return the original Record on Appeal, intact, to the Office of the Clerk of the Court of Appeals of Indiana; or (2) file a motion requesting additional time to retain the record. 3. Failure to timely return the record on appeal to the Clerk of this Court or to file a motion requesting additional time to retain the record may result in an order to show cause why counsel should not be held in contempt for failure to comply with this Court's orders. | |
| | Judicial Officer: | Bradford, Cale J. |
| | Party: | Skeens, Eric Benson |
| | Serve: | Goodwin, Ann Lorraine |
| | Serve: | Nix, Jeremy Kenneth |
| | Serve: | Skeens, Eric Benson |
| | Serve: | Carter, Cynthia M |
| | Serve: | Hill, Curtis Theophilus |
| | File Stamp: | 03/25/2020 |
| 03/25/2020 | Document Transmitted | |
| 05/14/2020 | Request for Transmission of Separately Filed Exhibit | |
| | Certificate of Service- Electronically Served 05/14/20 | |
| | Attorney: | Carter, Cynthia M |
| | Party: | Skeens, Eric Benson |
| | File Stamp: | 05/14/2020 |
| 05/22/2020 | Order Issued | |
| | Having reviewed the matter, the Court finds and orders as follows: 1. Appellee's Verified Motion to Transmit Direct Appeal Record into the Post-Conviction Case is granted. 2. Within fifteen (15) days of the date of this order, the Huntington Circuit and Superior Courts Clerk is ordered to transmit the record on appeal from Cause Number 35A05-0909-CR-515 (which was admitted into evidence as an exhibit in Cause Number 35C01-1101-PC-4 during that postconviction proceeding) to the Clerk of this Court. 3. Upon its return, the Clerk of this Court is directed to transfer the record on appeal docketed under Cause Number 35A05-0909-CR-515 to Cause Number 20A-PC-686 to be included as part of the record for that postconviction appeal. 4. The Clerk of this Court is directed to file a copy of this order under Cause Numbers 35A05-0909-CR-515 and 20A-PC-686. 5. The Clerk of the Court is directed to send this order to the parties and the Huntington Circuit and Superior Courts Clerk. 6. The Huntington Circuit and Superior Courts Clerk is directed to file a copy of this order under Cause Number 35C01-1101-PC-4 and, pursuant to Indiana Trial Rule 77(D), the Clerk shall place the contents of this order in the Record of Judgments and Orders. | |
| | Judicial Officer: | Bradford, Cale J. |
| | Serve: | Goodwin, Ann Lorraine |
| | Serve: | Nix, Jeremy Kenneth |
| | Serve: | Carter, Cynthia M |
| | Serve: | Trial Clerk 35 - Huntington |
| | File Stamp: | 05/22/2020 |
| 05/22/2020 | Document Transmitted | |
| 06/05/2020 | Record Returned | |
| | Volumes of Transcripts 3 Volumes of Exhibits 1 Volumes of T/C 1 Volumes of Appendices 3 Briefs 3 | |
| | Return Date: | 06/05/2020 |

| | | |
|---|---|---|
| 06/05/2020 | **Note** | |
| | Three (3) volume Transcript, One (1) volume Exhibit, One (1) Table of Contents, Three (3) volume Appendix and set of 3 briefs transferred to 20A-PC-686 as a separately filed exhibit. | |
| 08/11/2021 | **Note** | |
| | 3 vol. Trans., 1 vol. Exhibit, T/C, 3 vol. Appendix & 3 briefs returned to this case | |
| 11/24/2021 | **Record Released** | |
| | to DAG Drum: Volumes of Transcripts 3 Volumes of Exhibits 1 Volumes of T/C 1 Volumes of Appendices 3 Briefs 3 File Folders 1 | |
| | Release Date: | 11/24/2021 |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.