This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

# Eric Benson Skeens v. State of Indiana

| | |
|---|---|
| Case Number | 35C01-1101-PC-000004 |
| Court | Huntington Circuit Court |
| Type | PC - Post Conviction Relief Petition |
| Filed | 01/27/2011 |
| Status | 05/26/2016 , Decided |
| Reference | Legacy System Number<br>35C01-0812-FA-00073 |
| Related | Other<br>35C01-0812-FA-00073<br><br>Lower Trial Court Case<br>20A-PC-00686 |

## Parties to the Case

**Respondent**   State of Indiana

   <u>Attorney</u>
   Amy Christine Richison
   *#1962441, Retained*

   Room 420, Courthouse
   Huntington, IN 46750-0000

**Petitioner**   Skeens, Eric Benson

   <u>Address</u>
   DOC #196051
   Indiana State Prison, E-E 29
   One Park Row
   Michigan City, IN 46360

   <u>Attorney</u>
   Cynthia M Carter
   *#2330549, Lead, Retained*

   212 W. 10th Street
   Suite D-320
   Indianapolis, IN 46202
   317-955-7997(W)

   <u>Attorney</u>
   Kevin Willis
   *#3156749, Retained*

   1300 North Pennsylvania Street
   Ste 204
   Indianapolis, IN 46202
   317-360-1907(W)

Chronological Case Summary

| | | |
|---|---|---|
| 01/27/2011 | **Case Opened as a New Filing** | |
| 01/27/2011 | **Petition for Post-Conviction Relief Filed** | |
| | Filed By: | Skeens, Eric Benson |
| | File Stamp: | 01/27/2011 |
| 01/27/2011 | **Affidavit Filed** | |
| | Affidavit of Indigency filed. | |
| | Filed By: | Skeens, Eric Benson |
| | File Date: | 01/27/2011 |
| 01/27/2011 | **Service Returned Served** | |
| | Summons served upon Joy Campbell for the Prosecutor in the Prosecutor's office by Deputy Clerk Jenny Laux. Copy to petitioner. | |
| 01/31/2011 | **Appearance Filed** | |
| | Attorney Pyclik files Appearance on behalf of State of Indiana. | |
| | For Party: | Richison, Amy Christine |
| | File Stamp: | 01/28/2011 |
| 02/01/2011 | **Answer Filed** | |
| | State of Indiana, by Deputy Prosecutor Jennifer Pyclik, files State's Answer. | |
| | Filed By: | Richison, Amy Christine |
| | File Stamp: | 02/01/2011 |
| 02/01/2011 | **Administrative Event** | |
| | Court now appoints State Public Defender to represent Petitioner. Complete CCS sent to State Public Defender's Office. LNT: Prosecutor, Defendant, State Public Defender | |
| 02/10/2011 | **Correspondence to/from Court Filed** | |
| | Court receives correspondence from Petitioner. Same placed in file. | |
| | Filed By: | Skeens, Eric Benson |
| | File Stamp: | 02/10/2011 |
| 02/18/2011 | **Correspondence to/from Court Filed** | |
| | Court receives correspondence from Public Defender of Indiana. | |
| | File Stamp: | 02/18/2011 |
| 02/18/2011 | **Administrative Event** | |
| | Court sends requested information to Public Defender. LNT: Prosecutor, Defendant | |
| 03/24/2011 | **Appearance Filed** | |
| | Public Defender Emily Witney files Appearance on behalf of Petitioner. | |
| | Attorney: | Witney, Emily J. |
| | For Party: | Skeens, Eric Benson |
| | File Stamp: | 03/24/2011 |
| 03/24/2011 | **Notice to Court Filed** | |
| | Petitioner, by counsel, files Verified Notice of Present Inability to Investigate. | |
| | Filed By: | Witney, Emily J. |
| | File Stamp: | 03/24/2011 |

| | | |
|---|---|---|
| 03/25/2011 | **Order Issued** | |
| | Court enters Order [RJO] staying proceedings until Public Defender is able to proceed. Copy of Order to Prosecutor, Public Defender. | |
| | Order Signed: | 03/25/2011 |
| 03/25/2011 | **Clerk Administrative Event** | |
| | Clerk receives correspondence from the State Public Defender requesting documents. Same placed in file. | |
| 04/01/2011 | **Clerk Administrative Event** | |
| | Clerk sends PSI and CCS to the State Public Defender. | |
| 07/27/2011 | **Order Issued** | |
| | Court enters Order [RJO] regarding 7/18/11 requests from defendant in 35C01-0812-FA-73. Copy of Order to Prosecutor, Defendant. | |
| | Order Signed: | 07/26/2011 |
| 04/08/2013 | **Notice of Substitution of Counsel** | |
| | Deputy Public Defender J. Jeffreys Merryman, Jr., files Notice of Substitution of Counsel. | |
| | File Stamp: | 04/08/2013 |
| 07/01/2013 | **Motion to Withdraw Appearance Filed** | |
| | Public Defender Merryman files Notice of Withdrawal of Appearance and Certification. | |
| | Filed By: | Merryman, Joe Jeffreys |
| | File Stamp: | 06/27/2013 |
| 07/09/2013 | **Order Granting Motion to Withdraw Appearance** | |
| | Court enters Order [RJO] and removes Office of the State Public Defender from docket. Copy of Order to Prosecutor, Attorney Merryman, Jr. | |
| | Order Signed: | 07/09/2013 |
| 07/24/2013 | **Motion Filed** | |
| | State of Indiana, by Deputy Prosecutor Jennifer Pyclik, files Motion for Report of Status. | |
| | Filed By: | Richison, Amy Christine |
| | File Stamp: | 07/24/2013 |
| 08/01/2013 | **Order Issued** | |
| | Court enters Order to Report Status (RJO). Copy of Order to petitioner & respondent. | |
| | Order Signed: | 07/31/2013 |
| 08/06/2013 | **Response Filed** | |
| | Petitioner, pro se, files Petitioner's Answer to Respondent's Motion for Report of Status. | |
| | Filed By: | Skeens, Eric Benson |
| | File Stamp: | 08/05/2013 |
| 08/06/2013 | **Administrative Event** | |
| | Court finds that this matter is continued to allow Petitioner time to hire counsel. LNT: Petitioner & Respondent. | |
| 08/23/2013 | **Administrative Event** | |
| | Court's response to Petitioner's Answer to Respondent's Motion for Report of Status filed 8/5/13: Presently no hearing is set. The Court takes no action on this matter. LNT: Petitioner & Respondent. | |

| Date | Event | |
|---|---|---|
| 12/18/2013 | **Motion to Dismiss Filed** | |
| | State of Indiana, by Deputy Prosecutor Jennifer Pyclik, files Motion to Dismiss. | |
| | Filed By: | Richison, Amy Christine |
| | File Stamp: | 12/18/2013 |
| 12/20/2013 | **Administrative Event** | |
| | Copy of Motion sent to petitioner. 30 days to respond. | |
| 01/02/2014 | **Correspondence to/from Court Filed** | |
| | Court receives correspondence from Petitioner. Court sends requested information to Petitioner. Copy of correspondence to Defendant. | |
| | Filed By: | Skeens, Eric Benson |
| | File Stamp: | 01/02/2014 |
| 01/14/2014 | **Response Filed** | |
| | Petitioner, pro se, files Petitioner's Response to Respondent's Motion to Dismiss. | |
| | Filed By: | Skeens, Eric Benson |
| | File Stamp: | 01/13/2014 |
| 01/14/2014 | **Motion for Continuance Filed** | |
| | Petitioner, pro se, files Motion for Indefinite Continuance. | |
| | Filed By: | Skeens, Eric Benson |
| | File Stamp: | 01/13/2014 |
| 01/27/2014 | **Administrative Event** | |
| | Court grants Petitioner's Motion for Indefinite Continuance. Matter continued to further order. LNT: Petitioner & Respondent. | |
| 01/31/2014 | **Motion for Leave to Amend Filed** | |
| | State of Indiana, by Deputy Prosecutor Jennifer Pyclik, files Motion to Amend State's Answer to Petition for Post-Conviction Relief. | |
| | Filed By: | Richison, Amy Christine |
| | File Stamp: | 01/30/2014 |
| 01/31/2014 | **Motion Filed** | |
| | State of Indiana, by Deputy Prosecutor Jennifer Pyclik, files Motion to Set Status Date. | |
| | Filed By: | Richison, Amy Christine |
| | File Stamp: | 01/30/2014 |
| 02/10/2014 | **Order Issued** | |
| | Court enters Order on State's Motion to Amend State's Answer to Petition for Post Conviction Relief (RJO). Answer to be filed by 3/10/14. Copy of Order to Petitioner & Respondent. | |
| | Order Signed: | 02/10/2014 |
| 02/10/2014 | **Order Issued** | |
| | Court enters Order to Report Status (RJO). Petitioner to file during the month of 12/14. Copy of Order to Petitioner & Respondent. | |
| | Order Signed: | 02/10/2014 |

| | | |
|---|---|---|
| 02/12/2014 | **Amended Pleading Filed** | |
| | State of Indiana, by Deputy Prosecutor Jennifer Pyclik, files State's Amended Answer. | |
| | Filed By: | Richison, Amy Christine |
| | File Stamp: | 02/12/2014 |
| 12/05/2014 | **Response Filed** | |
| | Petitioner, by counsel, files Re: Order to Report Status. | |
| | Filed By: | Skeens, Eric Benson |
| | File Stamp: | 12/04/2014 |
| 01/20/2015 | **Motion Filed** | |
| | Petitioner, by counsel, files Motion for Discovery and Inspection and Disclosure of Evidence Favorable to the Accused. | |
| | Filed By: | Skeens, Eric Benson |
| | File Stamp: | 01/20/2015 |
| 01/20/2015 | **Clerical Mistake Corrected** | |
| | Petitioner files Motion for Discovery pro se, not by counsel. | |
| 01/21/2015 | **Administrative Event** | |
| | The petitioner is not requesting documents in his Motion for Discovery and Inspection and Disclosure of Evidence Favorable to the Accused, but is asking a witness to provide proof of her testimony. The Motion is not proper discovery and is denied. LNT: Petitioner & Respondent. | |
| 02/03/2015 | **Motion to Compel Discovery Filed** | |
| | Filed By: | Skeens, Eric Benson |
| | File Stamp: | 02/03/2015 |
| 02/04/2015 | **Response to a Petition Filed** | |
| | Attorney Nix files Response to Motion to Compel Production of Documents. | |
| | Filed By: | Skeens, Eric Benson |
| | File Stamp: | 02/04/2015 |
| 02/12/2015 | **Administrative Event** | |
| | Discovery has been completed. The Petitioner's motion to compel filed 2/3/15 is denied. LNT: Petitioner & Respondent. | |
| 10/15/2015 | **Motion Filed** | |
| | Petitioner, pro se, files Motion for the Audio Recording of the Entire 2nd Round of Voir Dire. | |
| | Filed By: | Skeens, Eric Benson |
| | File Stamp: | 10/15/2015 |
| 10/16/2015 | **Administrative Event** | |
| | Court's response to petitioner's Motion for the Audio Recording of the Entire 2nd Round of Voir Dire (filed 10/15/15): A full, true, correct and complete transcript was filed under the criminal cause 35C01-0812-FA-73 on 12/10/09. The transcript has been provided to the petitioner or can be obtained through the appellate court clerk and/or the lower court clerk. The motion for audio recording of the entire 2nd round of voir dire is denied. LNT: Petitioner. | |
| 11/10/2015 | **Motion for Final Hearing** | |
| | State of Indiana, by Deputy Prosecutor Jennifer Pyclik, files Motion to Set Status Date. | |
| | Filed By: | Richison, Amy Christine |
| | File Stamp: | 11/10/2015 |

| | | |
|---|---|---|
| 11/12/2015 | **Order Issued** | |
| | Court enters Order to Report Status and sets deadline of January 1, 2016 for Petitioner to file Status Report. Copy of Order to Prosecutor, Petitioner. | |
| | Order Signed: | 11/12/2015 |
| 11/19/2015 | **Administrative Event** | |
| | Petitioner, pro se, files Re: Order to Report Status. File-stamped copy to Petitioner, Respondent. | |
| | Filed By: | Skeens, Eric Benson |
| | File Stamp: | 11/19/2015 |
| 05/04/2016 | **Hearing Scheduling Activity** | |
| | Hearing on Motion for 41E Dismissal scheduled for 06/08/2016 at 8:30 AM. | |
| 05/05/2016 | **Order for Hearing** | |
| | to Petitioner for June 8, 2016 at 8:30 a.m. for 41(E) hearing. Copy to Petitioner. LNT: Prosecutor | |
| | Order Signed: | 05/04/2016 |
| 05/16/2016 | **Response Filed** | |
| | Petitioner, pro se, files RE: Order for Hearing for the Purpose of Dismissing Case. | |
| | Filed By: | Skeens, Eric Benson |
| | File Stamp: | 05/16/2016 |
| 05/19/2016 | **Administrative Event** | |
| | Court sends copy of petitioner's Re: Order for Hearing for the Purpose of Dismissing case to the prosecutor for their response. | |
| 05/24/2016 | **Response Filed** | |
| | State of Indiana, by Deputy Prosecutor Jennifer Pyclik, files State's Response to Petitioner's Order for Hearing for the Purpose of Dismissing Case. | |
| | Filed By: | Richison, Amy Christine |
| | File Stamp: | 05/24/2016 |
| 05/26/2016 | **Administrative Event** | |
| | Comes now the Court and dismisses this case as requested by the petitioner. LNT: Petitioner & Respondent. | |
| | File Stamp: | 05/26/2016 |
| 05/26/2016 | **Case Dismissed** | |
| 06/01/2016 | **Hearing Scheduling Activity** | |
| | Hearing on Motion for 41E Dismissal scheduled for 06/08/2016 at 8:30 AM was cancelled. Reason: Judicial Action. | |
| 06/08/2016 | CANCELED **Hearing on Motion for 41E Dismissal** | |
| | Reason: | Judicial Action |
| | Session: | |
| | 06/08/2016 8:30 AM, Cancelled | |
| 04/12/2017 | **Appearance Filed** | |
| | Appearance | |
| | For Party: | Skeens, Eric Benson |
| | File Stamp: | 04/12/2017 |

| | | |
|---|---|---|
| 11/30/2018 | **Amended Pleading Filed** | |
| | Motion | |
| | Filed By: | Skeens, Eric Benson |
| | File Stamp: | 11/30/2018 |
| 11/30/2018 | **Motion For Transport Order** | |
| | Motion | |
| | Filed By: | Skeens, Eric Benson |
| | File Stamp: | 11/30/2018 |
| 11/30/2018 | **Motion for Hearing Filed** | |
| | Motion | |
| | Filed By: | Skeens, Eric Benson |
| | File Stamp: | 11/30/2018 |
| 12/07/2018 | **Administrative Event** | |
| | The State has 30 days to respond to the Motion to Amend filed by Plaintiff and/or provide an amended Answer to the Amended Request for PCR. | |
| 12/08/2018 | **Automated ENotice Issued to Parties** | |
| | Administrative Event ---- 12/7/2018 : Cynthia M Carter;Amy Christine Richison | |
| 12/13/2018 | **Scanned/Microfilmed** | |
| 12/28/2018 | **Response Filed** | |
| | State's Response to Motion to Amend Petition | |
| | Filed By: | State of Indiana |
| | File Stamp: | 12/28/2018 |
| 12/31/2018 | **Answer Filed** | |
| | State's Answer to Amended Petition | |
| | Filed By: | State of Indiana |
| | File Stamp: | 12/28/2018 |
| 01/25/2019 | **Order Granting Motion for Leave to Amend** | |
| | Petitioner's Motion to Amend Petition is granted. | |
| | Order Signed: | 01/24/2019 |
| 01/26/2019 | **Automated ENotice Issued to Parties** | |
| | Order Granting Motion for Leave to Amend ---- 1/25/2019 : Cynthia M Carter;Amy Christine Richison | |
| 01/29/2019 | **Hearing Scheduling Activity** | |
| | Hearing on Petition for Post-Conviction Relief scheduled for 04/30/2019 at 8:30 AM. | |
| 01/29/2019 | **Hearing Scheduling Activity** | |
| | Hearing on Petition for Post-Conviction Relief scheduled for 04/30/2019 at 1:00 PM. | |
| 01/29/2019 | **Order Granting Motion for Hearing** | |
| | Post Conviction Hearing scheduled for April 30, 2019 at 8:30 a.m. | |
| | Order Signed: | 01/29/2019 |
| 01/30/2019 | **Automated ENotice Issued to Parties** | |
| | Order Granting Motion for Hearing ---- 1/29/2019 : Cynthia M Carter;Amy Christine Richison | |

| | | |
|---|---|---|
| 01/31/2019 | **Transport Order Entered** | |
| | Order Signed: | 01/30/2019 |

| 02/01/2019 | **Automated ENotice Issued to Parties** |
|---|---|
| | Order Granting Motion for Hearing ---- 1/29/2019 : Cynthia M Carter;Amy Christine Richison Transport Order Entered ---- 1/31/2019 : Cynthia M Carter;Amy Christine Richison |

| | | |
|---|---|---|
| 03/27/2019 | **Motion For Transport Order** | |
| | Motion | |
| | Filed By: | Skeens, Eric Benson |
| | File Stamp: | 03/27/2019 |

| | | |
|---|---|---|
| 03/27/2019 | **Witness and/or Exhibit List Filed** | |
| | Motion | |
| | Filed By: | Skeens, Eric Benson |
| | File Stamp: | 03/27/2019 |

| | | |
|---|---|---|
| 03/28/2019 | **Transport Order Entered** | |
| | Order Signed: | 03/28/2019 |

| 03/29/2019 | **Automated ENotice Issued to Parties** |
|---|---|
| | Transport Order Entered ---- 3/28/2019 : Cynthia M Carter;Amy Christine Richison |

| | | |
|---|---|---|
| 04/09/2019 | **Subpoena/Summons Filed** | |
| | Subpoena - Skeens, Eric 1101-PC-4 (Cook).pdf | |
| | Filed By: | State of Indiana |
| | File Stamp: | 04/09/2019 |

| | | |
|---|---|---|
| 04/09/2019 | **Certificate of Service - separately filed** | |
| | Cert. of Issuance - Skeens, Eric (Cook).pdf | |
| | Filed By: | State of Indiana |
| | File Stamp: | 04/09/2019 |

| | | |
|---|---|---|
| 04/15/2019 | **Witness and/or Exhibit List Filed** | |
| | exhibit list | |
| | Filed By: | Skeens, Eric Benson |
| | File Stamp: | 04/12/2019 |

| | | |
|---|---|---|
| 04/15/2019 | **Witness and/or Exhibit List Filed** | |
| | State's Witness and Exhibit List | |
| | Filed By: | State of Indiana |
| | File Stamp: | 04/15/2019 |

| | | |
|---|---|---|
| 04/16/2019 | **Witness and/or Exhibit List Filed** | |
| | Motion | |
| | Filed By: | Skeens, Eric Benson |
| | File Stamp: | 04/16/2019 |

| | | |
|---|---|---|
| 04/17/2019 | **Motion Filed** | |
| | Motion for Audio Recording of Voir Dire | |
| | Filed By: | State of Indiana |
| | File Stamp: | 04/17/2019 |

| 04/17/2019 | **Appearance Filed** | |
|---|---|---|
| | Appearance | |
| | For Party: | City of Huntington, Indiana |
| | File Stamp: | 04/17/2019 |

| 04/17/2019 | **Motion to Intervene Filed** | |
|---|---|---|
| | Motion to Intervene | |
| | Filed By: | City of Huntington, Indiana |
| | File Stamp: | 04/17/2019 |

| 04/17/2019 | **Motion to Quash Filed** | |
|---|---|---|
| | Motion to Quash | |
| | Filed By: | City of Huntington, Indiana |
| | File Stamp: | 04/17/2019 |

| 04/17/2019 | **Order Issued** | |
|---|---|---|
| | Order on State's Motion for Audio Recording of Voir Dire issued. Copy to be provided to the State and defense counsel. | |
| | Order Signed: | 04/17/2019 |

| 04/18/2019 | **Order Granting Motion to Intervene** | |
|---|---|---|
| | Order on City of Huntington's Motion to Intervene issued. City of Huntington added as Intervenor to cause. | |
| | Movant: | City of Huntington, Indiana |
| | Order Signed: | 04/17/2019 |

| 04/18/2019 | **Appearance Filed** | |
|---|---|---|
| | Appearance | |
| | For Party: | City of Warsaw |
| | File Stamp: | 04/18/2019 |

| 04/18/2019 | **Motion to Intervene Filed** | |
|---|---|---|
| | City of Warsaw's Motion to Intervene | |
| | Filed By: | City of Warsaw |
| | File Stamp: | 04/18/2019 |

| 04/18/2019 | **Motion Filed** | |
|---|---|---|
| | City of Warsaw's Motion to Quash Subpoena Duces Tecum | |
| | Filed By: | City of Warsaw |
| | File Stamp: | 04/18/2019 |

| 04/18/2019 | **Order Granting Motion to Intervene** | |
|---|---|---|
| | Motion to Intervene filed by the City of Warsaw is granted. | |
| | Movant: | City of Warsaw |
| | Order Signed: | 04/18/2019 |

| 04/18/2019 | **Order Issued** | |
|---|---|---|
| | Scheduling Order on Intervenor City of Huntington's Motion to Quash Subpoena Ducem Tecum issued. | |
| | Movant: | City of Huntington, Indiana |
| | Noticed: | Richison, Amy Christine |
| | Noticed: | Carter, Cynthia M |
| | Noticed: | Halverstadt, Adrian L III |
| | Noticed: | Reust, Scott Edward |
| | Order Signed: | 04/18/2019 |

| | | |
|---|---|---|
| 04/18/2019 | **Administrative Event** | |
| | Court sets the Motion to Quash filed by Intervenor City of Huntington and the Motion to Quash filed by Intervenor City of Warsaw for hearing on April 30, 2019 at 8:30 a.m. The full day Hearing on Post-Conviction Relief previously scheduled for the same day is therefore continued and shall be rescheduled pending the Court's decisions on the Motions to Quash. | |
| | Noticed: | Richison, Amy Christine |
| | Noticed: | Carter, Cynthia M |
| | Noticed: | Halverstadt, Adrian L III |
| | Noticed: | Reust, Scott Edward |

| | |
|---|---|
| 04/19/2019 | **Automated ENotice Issued to Parties** |
| | Order Issued ---- 4/18/2019 : Adrian L Halverstadt;Cynthia M Carter;Amy Christine Richison;Scott Edward Reust Administrative Event ---- 4/18/2019 : Adrian L Halverstadt;Cynthia M Carter;Amy Christine Richison;Scott Edward Reust Order Issued ---- 4/17/2019 : Cynthia M Carter;Amy Christine Richison Order Granting Motion to Intervene ---- 4/18/2019 : Cynthia M Carter;Amy Christine Richison Order Granting Motion to Intervene ---- 4/18/2019 : Cynthia M Carter;Amy Christine Richison |

| | | |
|---|---|---|
| 04/30/2019 | **Discovery Conference** | |
| | Session: | |
| | | 04/30/2019 8:30 AM, Judicial Officer: Smith, Davin G |
| | Comment: | (Hearing on two outstanding Motions to Quash) |
| | Result: | Commenced and concluded |

| | | |
|---|---|---|
| 04/30/2019 | **CANCELED Discovery Conference** | |
| | Reason: | Stay of Proceedings |
| | Session: | |
| | | 04/30/2019 1:00 PM, Cancelled |
| | Comment: | (Hearing on two outstanding Motions to Quash) |

| | | |
|---|---|---|
| 04/30/2019 | **Hearing Journal Entry** | |
| | Petitioner Eric Benson Skeens appears with Attorney Cynthia Carter and Attorney Kevin Willis. State of Indiana appears by Prosecuting Attorney Amy Richison. City of Huntington appears by Attorney Adrian Halverstadt. City of Warsaw appears by Attorney Karen McGrath. Hearing on Intervenors' Motions to Quash held. Testimony is given. Court takes matter under advisement. Hearing for Post-Conviction Relief reset to August 13-14, 2019 at 8:30 a.m. Court to issue Transport Order. | |
| | Judicial Officer: | Smith, Davin G |
| | Present: | State of Indiana |
| | Present: | Skeens, Eric Benson |
| | Present: | Richison, Amy Christine |
| | Present: | Carter, Cynthia M |
| | Present: | City of Huntington, Indiana |
| | Present: | Halverstadt, Adrian L III |
| | Present: | City of Warsaw |
| | Hearing Date: | 04/30/2019 |

| | |
|---|---|
| 04/30/2019 | **Hearing Scheduling Activity** |
| | Hearing on Petition for Post-Conviction Relief scheduled for 08/13/2019 at 8:30 AM. |

| | |
|---|---|
| 04/30/2019 | **Hearing Scheduling Activity** |
| | Hearing on Petition for Post-Conviction Relief scheduled for 08/14/2019 at 8:30 AM. |

| | | |
|---|---|---|
| 04/30/2019 | **Hearing Scheduling Activity** | |
| | Hearing on Petition for Post-Conviction Relief scheduled for 08/13/2019 at 1:00 PM. | |
| 04/30/2019 | **Hearing Scheduling Activity** | |
| | Hearing on Petition for Post-Conviction Relief scheduled for 08/14/2019 at 1:00 PM. | |
| 04/30/2019 | **Transport Order Entered** | |
| | Court issues Transport Order for Petitioner's hearing scheduled for August 13 and 14, 2019. | |
| | Judicial Officer: | Smith, Davin G |
| | Order Signed: | 04/30/2019 |
| 04/30/2019 | **Appearance Filed** | |
| | Appearance | |
| | For Party: | Skeens, Eric Benson |
| | File Stamp: | 04/30/2019 |
| 05/01/2019 | **Automated ENotice Issued to Parties** | |
| | Hearing Journal Entry ---- 4/30/2019 : Cynthia M Carter;Kevin Willis;Amy Christine Richison Transport Order Entered ---- 4/30/2019 : Cynthia M Carter;Kevin Willis;Amy Christine Richison | |
| 05/17/2019 | **Motion for Hearing Filed** | |
| | Motion | |
| | Filed By: | Skeens, Eric Benson |
| | File Stamp: | 05/17/2019 |
| 05/21/2019 | **Hearing Scheduling Activity** | |
| | Hearing on Petition for Post-Conviction Relief scheduled for 09/24/2019 at 1:30 PM. | |
| 05/23/2019 | **Order Issued** | |
| | Order on Petitioner's Motion to Reschedule Hearing issued. August 14 hearing has been reset to September 24, 2019 at 1:30 p.m. | |
| | Order Signed: | 05/23/2019 |
| 05/23/2019 | **Administrative Event** | |
| | Counsel for Petitioner advised to submit Amended Transport Order to the Court. | |
| 05/23/2019 | **Hearing Scheduling Activity** | |
| | Hearing on Petition for Post-Conviction Relief scheduled for 08/14/2019 at 1:00 PM was cancelled. Reason: Stay of Proceedings. | |
| 05/23/2019 | **Hearing Scheduling Activity** | |
| | Hearing on Petition for Post-Conviction Relief scheduled for 08/14/2019 at 8:30 AM was cancelled. Reason: Stay of Proceedings. | |
| 05/24/2019 | **Automated ENotice Issued to Parties** | |
| | Order Issued ---- 5/23/2019 : Cynthia M Carter;Kevin Willis;Amy Christine Richison Administrative Event ---- 5/23/2019 : Cynthia M Carter;Kevin Willis;Amy Christine Richison | |

| | | |
|---|---|---|
| 07/09/2019 | **Order Granting Motion to Quash** | |
| | Order to Quash Subpoenas issued. | |
| | Noticed: | Richison, Amy Christine |
| | Noticed: | Carter, Cynthia M |
| | Noticed: | Halverstadt, Adrian L III |
| | Noticed: | Reust, Scott Edward |
| | Order Signed: | 07/09/2019 |
| 07/10/2019 | **Automated ENotice Issued to Parties** | |
| | Order Granting Motion to Quash ---- 7/9/2019 : Adrian L Halverstadt;Cynthia M Carter;Amy Christine Richison;Scott Edward Reust | |
| 07/11/2019 | **Witness and/or Exhibit List Filed** | |
| | 2nd additonal witness list | |
| | Filed By: | Skeens, Eric Benson |
| | File Stamp: | 07/11/2019 |
| 07/25/2019 | **Motion for Leave to Amend Filed** | |
| | Motion | |
| | Filed By: | Skeens, Eric Benson |
| | File Stamp: | 07/23/2019 |
| 07/30/2019 | **Motion to Quash Filed** | |
| | State of Indiana's Motion to Quash Subpoena Duces Tecum | |
| | Filed By: | State of Indiana |
| | File Stamp: | 07/30/2019 |
| 08/08/2019 | **Response to a Petition Filed** | |
| | State's Amended Answer to Second Amended Petition | |
| | Filed By: | State of Indiana |
| | File Stamp: | 08/06/2019 |
| 08/09/2019 | **Order Issued** | |
| | Order Granting Petitioner's Verified Second Motion to Amend Pro Se Petition for Post-Conviction Relief issued. | |
| | Noticed: | Richison, Amy Christine |
| | Noticed: | Carter, Cynthia M |
| | Order Signed: | 08/09/2019 |
| 08/09/2019 | **Motion to Quash Filed** | |
| | Motion | |
| | Filed By: | City of Huntington, Indiana |
| | File Stamp: | 08/09/2019 |
| 08/09/2019 | **Order Granting Motion to Quash** | |
| | Order Granting Motion to Quash Subpoena Duces Tecum issued. | |
| | Noticed: | Richison, Amy Christine |
| | Noticed: | Carter, Cynthia M |
| | Noticed: | Halverstadt, Adrian L III |
| | Noticed: | Reust, Scott Edward |
| | Order Signed: | 08/09/2019 |

| | | |
|---|---|---|
| 08/10/2019 | **Automated ENotice Issued to Parties** | |
| | Order Granting Motion to Quash ---- 8/9/2019 : Adrian L Halverstadt;Cynthia M Carter;Amy Christine Richison;Scott Edward Reust Order Issued ---- 8/9/2019 : Cynthia M Carter;Amy Christine Richison | |
| 08/13/2019 | **Hearing on Petition for Post-Conviction Relief** | |
| | Session: | |
| | | 08/13/2019 8:30 AM, Judicial Officer: Smith, Davin G |
| | Session: | |
| | | 08/14/2019 8:30 AM, Rescheduled |
| | Session: | |
| | | 08/13/2019 1:00 PM, Judicial Officer: Smith, Davin G |
| | Session: | |
| | | 08/14/2019 1:00 PM, Rescheduled |
| | Result: | Commenced and concluded |
| 08/13/2019 | **Hearing Journal Entry** | |
| | Petitioner Eric Skeens appears with Attorneys Skeens and Willis. Respondent appears by Prosecuting Attorney Richison. Hearing on Petitioner's Petition for Post-Conviction Relief is held. Testimony and evidence presented. Matter recesses with additional half day scheduled on September 24, 2019 at 1:30 p.m. Attorney Carter advised on the record to submit Transport Order for Petitioner's appearance at 9/24 hearing. | |
| | Judicial Officer: | Smith, Davin G |
| | Present: | State of Indiana |
| | Present: | Skeens, Eric Benson |
| | Present: | Richison, Amy Christine |
| | Present: | Carter, Cynthia M |
| | Present: | Willis, Kevin |
| | Hearing Date: | 08/13/2019 |
| 08/21/2019 | **Transport Order Entered** | |
| | Order Signed: | 08/20/2019 |
| 08/22/2019 | **Automated ENotice Issued to Parties** | |
| | Transport Order Entered ---- 8/21/2019 : Cynthia M Carter;Kevin Willis;Amy Christine Richison | |
| 09/20/2019 | **Notice of Exclusion of Confidential Information** | |
| | Notice of Exclusion of Confidential Information | |
| | Filed By: | Skeens, Eric Benson |
| | File Stamp: | 09/20/2019 |
| 09/24/2019 | **Hearing on Petition for Post-Conviction Relief** | |
| | Session: | |
| | | 09/24/2019 1:30 PM, Judicial Officer: Smith, Davin G |
| | Result: | Commenced and concluded |
| 09/24/2019 | **Transport Order Entered** | |
| | Order Signed: | 09/24/2019 |

| | | |
|---|---|---|
| 09/24/2019 | **Hearing Journal Entry** | |
| | Petitioner appears in person and by Attorney Carter and Attorney Willis. Respondent appears by Prosecuting Attorney Richison. Continued hearing on Petitioner's Petition for Post-Conviction Relief held. Testimony and evidence presented. Counsel for Petitioner given 7 days to file affidavit. Upon filing of said affidavit, Respondent is given an additional 7 days to file any response. From that point, both parties are given 30 days to file Findings of Fact and proposed orders. A Word .doc version of the proposed order should also be emailed to the Court. | |
| | Judicial Officer: | Smith, Davin G |
| | Present: | State of Indiana |
| | Present: | Skeens, Eric Benson |
| | Present: | Richison, Amy Christine |
| | Present: | Carter, Cynthia M |
| | Present: | Willis, Kevin |
| | Hearing Date: | 09/24/2019 |
| 09/25/2019 | **Automated ENotice Issued to Parties** | |
| | Transport Order Entered ---- 9/24/2019 : Cynthia M Carter;Kevin Willis;Amy Christine Richison | |
| 09/27/2019 | **Notice of Exclusion of Confidential Information** | |
| | Notice of Exclusion of Confidential Information | |
| | Filed By: | Skeens, Eric Benson |
| | File Stamp: | 09/26/2019 |
| 10/01/2019 | **Notice Filed** | |
| | Notice of Tender of Affidavit | |
| | Filed By: | Skeens, Eric Benson |
| | File Stamp: | 10/01/2019 |
| 10/08/2019 | **Notice to Court Filed** | |
| | States Notice to the Court | |
| | Filed By: | State of Indiana |
| | File Stamp: | 10/08/2019 |
| 10/08/2019 | **Administrative Event** | |
| | Having received Petitioner's Notice of Tender of Affidavit and Respondent's Notice to the Court, the Court now gives both parties through November 8, 2019 to file Findings of Fact and proposed orders. A Word .doc version of the proposed order should also be emailed to the Court. | |
| | Noticed: | Richison, Amy Christine |
| | Noticed: | Carter, Cynthia M |
| | Noticed: | Willis, Kevin |
| 10/09/2019 | **Automated ENotice Issued to Parties** | |
| | Administrative Event ---- 10/8/2019 : Cynthia M Carter;Kevin Willis;Amy Christine Richison | |
| 10/29/2019 | **Motion for Continuance Filed** | |
| | Motion to Continue Deadline for Proposed Findings of Fact and Conclusions of Law | |
| | Filed By: | Skeens, Eric Benson |
| | File Stamp: | 10/28/2019 |
| 10/29/2019 | **Motion Filed** | |
| | Verified Motion to Re-Open the Evidence and Stay the Proceedings | |
| | Filed By: | Skeens, Eric Benson |
| | File Stamp: | 10/28/2019 |

| | | |
|---|---|---|
| 11/04/2019 | **Objection Filed** | |
| | State's Objection to Petitioner's Verified Motion to Re-Open Evidence and Stay Proceedings | |
| | Filed By: | State of Indiana |
| | File Stamp: | 11/01/2019 |
| 11/06/2019 | **Order Denying** | |
| | Petitioner's Motion to Re-Open the Evidence and Stay the Proceedings now DENIED. | |
| | Order Signed: | 11/06/2019 |
| 11/06/2019 | **Order Granting Motion for Enlargement of Time** | |
| | Deadline for Proposed Findings of Fact and Conclusions of Law extended to December 6, 2019. | |
| | Order Signed: | 11/04/2019 |
| 11/07/2019 | **Automated ENotice Issued to Parties** | |
| | Order Denying ---- 11/6/2019 : Cynthia M Carter;Kevin Willis;Amy Christine Richison Order Granting Motion for Enlargement of Time ---- 11/6/2019 : Cynthia M Carter;Kevin Willis;Amy Christine Richison | |
| 12/09/2019 | **Proposed Findings of Fact and Conclusions** | |
| | State's Submission of Proposed Findings of Fact and Conclusions of Law | |
| | Filed By: | State of Indiana |
| | Submitted: | 12/06/2019 |
| 12/09/2019 | **Notice Filed** | |
| | Motion | |
| | Filed By: | Skeens, Eric Benson |
| | File Stamp: | 12/06/2019 |
| 12/17/2019 | **Order Issued** | |
| | The Court issues Findings of Fact and Conclusions of Law. Plaintiff's Petition for Post-Conviction Relief now denied. | |
| | Noticed: | Richison, Amy Christine |
| | Noticed: | Carter, Cynthia M |
| | Order Signed: | 12/17/2019 |
| 12/18/2019 | **Automated ENotice Issued to Parties** | |
| | Order Issued ---- 12/17/2019 : Cynthia M Carter;Amy Christine Richison | |
| 01/17/2020 | **Motion to Correct Error Filed** | |
| | Motion to Correct Errors | |
| | Filed By: | Skeens, Eric Benson |
| | File Stamp: | 01/16/2020 |
| 01/17/2020 | **Administrative Event** | |
| | The Court having received Petitioner's Motion to Correct Errors now gives the State 30 days to file response. | |
| | Noticed: | Richison, Amy Christine |
| | Noticed: | Carter, Cynthia M |
| 01/18/2020 | **Automated ENotice Issued to Parties** | |
| | Administrative Event ---- 1/17/2020 : Cynthia M Carter;Amy Christine Richison | |

| 02/17/2020 | Response to a Petition Filed |
|---|---|
| | State's Response to Motion to Correct Errors |
| | Filed By: State of Indiana |
| | File Stamp: 02/14/2020 |
| 02/24/2020 | **Order Denying** |
| | Order Denying Motion to Correct Errors issued. |
| | Noticed: Skeens, Eric Benson |
| | Noticed: Richison, Amy Christine |
| | Noticed: Carter, Cynthia M |
| | Order Signed: 02/21/2020 |
| 02/25/2020 | **Automated Paper Notice Issued to Parties** |
| | Order Denying ---- 2/24/2020 : Eric Benson Skeens |
| 02/25/2020 | **Automated ENotice Issued to Parties** |
| | Order Denying ---- 2/24/2020 : Cynthia M Carter;Amy Christine Richison |
| 03/23/2020 | **Notice of Appeal Received** |
| | Filed By: Skeens, Eric Benson |
| | File Stamp: 03/20/2020 |
| 04/03/2020 | **Notice of Completion of Clerk's Record** |
| | Clerk files Notice of Completion of Clerk's Record electronically with the Court of Appeals. Copies to parties. |
| 04/17/2020 | **Notice of Transcript Filed** |
| 04/17/2020 | **Administrative Event** |
| | Court Reporter files Notice of Transcript. |
| | Noticed: Carter, Cynthia M |
| 04/18/2020 | **Automated ENotice Issued to Parties** |
| | Administrative Event ---- 4/17/2020 : Cynthia M Carter |
| 05/14/2020 | **Notice of Completion of Transcript Filed** |
| 05/14/2020 | **Clerk Administrative Event** |
| | Clerk files notice of completion of transcript electronically with the court of appeals.Copies to parties. |
| 06/11/2020 | **Motion Filed** |
| | Verified motion to transmit complete post-conviction record to the court of appeals.(Courtesy copy) |
| | Filed By: Skeens, Eric Benson |
| | Filed By: Carter, Cynthia M |
| | File Stamp: 06/11/2020 |
| 06/26/2020 | **Opinion - Memorandum Received from the Court of Appeals** |
| | File Stamp: 06/09/2020 |
| 06/26/2020 | **Clerk Administrative Event** |
| | Clerk sends transcript to the Court of Appeals per order. |

| Date | Event | |
|---|---|---|
| 07/13/2020 | **Motion Filed** | |
| | Motion | |
| | Filed By: | Skeens, Eric Benson |
| | File Stamp: | 07/13/2020 |
| 07/16/2020 | **Order Granting Motion to Correct Error** | |
| | Noticed: | Richison, Amy Christine |
| | Noticed: | Carter, Cynthia M |
| | Order Signed: | 07/14/2020 |
| 07/17/2020 | **Automated ENotice Issued to Parties** | |
| | Order Granting Motion to Correct Error ---- 7/16/2020 : Cynthia M Carter;Amy Christine Richison | |
| 07/22/2020 | **Notice of Exclusion of Confidential Information** | |
| | Notice of Claim | |
| | Filed By: | Skeens, Eric Benson |
| | File Stamp: | 07/21/2020 |
| 07/23/2020 | **Notice of Transcript Filed** | |
| | Court Reporter files Amended Volume II of Transcript. | |
| 07/23/2020 | **Administrative Event** | |
| | Notice of Amended Transcript having been filed issued to counsel. | |
| | Noticed: | Richison, Amy Christine |
| | Noticed: | Carter, Cynthia M |
| 07/24/2020 | **Automated ENotice Issued to Parties** | |
| | Administrative Event ---- 7/23/2020 : Cynthia M Carter;Amy Christine Richison | |
| 07/28/2020 | **Order Received from the Court of Appeals** | |
| | Order Signed: | 07/27/2020 |
| 07/29/2020 | **Automated ENotice Issued to Parties** | |
| | Order Received from the Court of Appeals ---- 7/28/2020 : Cynthia M Carter;Kevin Willis;Amy Christine Richison | |
| 11/30/2020 | **Opinion - Memorandum Received from the Court of Appeals** | |
| | File Stamp: | 11/30/2020 |
| 01/27/2021 | **Scanned/Microfilmed** | |
| | Motion to Compel Production of Documents Filed 1/30/2015. | |
| 01/27/2021 | **Scanned/Microfilmed** | |
| | Motion to Reconsider Dismissing Case filed 5/31/2016. | |
| 06/28/2021 | **Motion Filed** | |
| | Motion for Leave to Proceed on Appeal in Forma Pauperis | |
| | Filed By: | Skeens, Eric Benson |
| | File Stamp: | 06/28/2021 |

| | | |
|---|---|---|
| 07/07/2021 | **Administrative Event** | |
| | The Court having taken judicial notice of the Defendant's pro se correspondence filed 6/28/2021 finds the request an improper filing and therefore no action is taken. | |
| | Noticed: | Skeens, Eric Benson |
| | Noticed: | Richison, Amy Christine |
| | Noticed: | Carter, Cynthia M |
| | Noticed: | Halverstadt, Adrian L III |
| | Noticed: | Reust, Scott Edward |
| | File Stamp: | 07/07/2021 |

| | | |
|---|---|---|
| 07/08/2021 | **Clerk Administrative Event** | |
| | CCS Entry of 7/7/2021, Administrative Event and filed motion sent to petitioner. | |
| | Noticed: | Skeens, Eric Benson |

| | | |
|---|---|---|
| 07/08/2021 | **Automated Paper Notice Issued to Parties** | |
| | Administrative Event ---- 7/7/2021 : Eric Benson Skeens | |

| | | |
|---|---|---|
| 07/08/2021 | **Automated ENotice Issued to Parties** | |
| | Administrative Event ---- 7/7/2021 : Adrian L Halverstadt;Cynthia M Carter;Amy Christine Richison;Scott Edward Reust | |

| | | |
|---|---|---|
| 07/20/2021 | **Order Received from the Indiana Supreme Court** | |
| | Defendant's Petition to Transfer Jurisdiction denied. | |
| | Order Signed: | 07/20/2021 |

| | | |
|---|---|---|
| 07/21/2021 | **Automated ENotice Issued to Parties** | |
| | Order Received from the Indiana Supreme Court ---- 7/20/2021 : Cynthia M Carter;Kevin Willis;Amy Christine Richison | |

| | | |
|---|---|---|
| 08/02/2021 | **Opinion - Memorandum Received from the Supreme Court** | |
| | File Stamp: | 07/28/2021 |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.