This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Eric Benson Skeens v. State of Indiana

| | |
|---|---|
| Case Number | 20A-PC-00686 |
| Court | Court of Appeals |
| Type | PC - Post-Conviction (Non-Capital) Appeals |
| Filed | 03/20/2020 |
| Status | 12/08/2021 , Closed |
| Reference | Original County Cause Number |
| | 35C011101PC4 |
| Related | Lower Trial Court Case |
| | 35C01-1101-PC-000004 |

## Parties to the Case

Appellant    Skeens, Eric Benson

Address
DOC #196051
Indiana State Prison, E-E 29
One Park Row
Michigan City, IN 46360

Attorney
Cynthia M Carter
*#2330549, Lead, Retained*

212 W. 10th Street
Suite D-320
Indianapolis, IN 46202
317-955-7997(W)

Attorney
Pro Se

Appellee    State of Indiana

<u>Attorney</u>
Theodore Edward Rokita
*#1885749, Lead, Retained*

Office of the Attorney General
302 West Washington Street
IGCS - Fifth Floor
Indianapolis, IN 46204
317-232-6201(W)

<u>Attorney</u>
Justin Fredrick Roebel
*#2372549, Retained*

302 W Washington Street
IGC-South, Fifth Floor
Indianapolis, IN 46204-0000

## Chronological Case Summary

| 03/20/2020 | **Notice of Appeal Filed** | |
|---|---|---|
| | Certificate of Service- Electronically Served 03/20/20 | |
| | Attorney: | Carter, Cynthia M |
| | Party: | Skeens, Eric Benson |
| | File Stamp: | 03/20/2020 |

| 03/20/2020 | **NOA Service to Trial Court** | |
|---|---|---|
| | Serve: | Trial Clerk 35 - Huntington |
| | Serve: | Trial Court Reporter 35 - Huntington |
| | Serve: | Smith, Davin Glen |
| | Trial Court: | Trial Clerk 35 - Huntington |
| | Trial Court: | Trial Court Reporter 35 - Huntington |
| | Trial Court: | Smith, Davin Glen |
| | Sent Date: | 03/20/2020 |

| 03/21/2020 | **Document Transmitted** |
|---|---|

| 04/06/2020 | **Notice of Completion of Clerk's Record** | |
|---|---|---|
| | Transcript Not Yet Completed Certificate of Service-Mailed 04/03/20 | |
| | File Stamp: | 04/03/2020 |

| 05/14/2020 | **Received Document** | |
|---|---|---|
| | Receive Date: 05/14/20 Verified Motion for Extension of Time to File Brief of Appellant; Received on docket, as Notice of Completion of Transcript has not been filed by Trial Court. Attorney Cynthia Carter notified by phone. | |
| | PostmarkDate: | 05/14/2020 |

| 05/14/2020 | **Notice of Completion of Transcript** | |
|---|---|---|
| | Certificate of Service-Mailed 05/14/20 | |
| | File Stamp: | 05/14/2020 |

| 05/22/2020 | **Order Filed by Instruction of Court** |
|---|---|

Having reviewed the matter, the Court finds and orders as follows: 1. Appellee's Verified Motion to Transmit Direct Appeal Record into the Post-Conviction Case is granted. 2. Within fifteen (15) days of the date of this order, the Huntington Circuit and Superior Courts Clerk is ordered to transmit the record on appeal from Cause Number 35A05-0909-CR-515 (which was admitted into evidence as an exhibit in Cause Number 35C01-1101-PC-4 during that postconviction proceeding) to the Clerk of this Court. 3. Upon its return, the Clerk of this Court is directed to transfer the record on appeal docketed under Cause Number 35A05-0909-CR-515 to Cause Number 20A-PC-686 to be included as part of the record for that postconviction appeal. 4. The Clerk of this Court is directed to file a copy of this order under Cause Numbers 35A05-0909-CR-515 and 20A-PC-686. 5. The Clerk of the Court is directed to send this order to the parties and the Huntington Circuit and Superior Courts Clerk. 6. The Huntington Circuit and Superior Courts Clerk is directed to file a copy of this order under Cause Number 35C01-1101-PC-4 and, pursuant to Indiana Trial Rule 77(D), the Clerk shall place the contents of this order in the Record of Judgments and Orders.

| | |
|---|---|
| Judicial Officer: | Bradford, Cale J. |
| Serve: | State of Indiana |
| File Stamp: | 05/22/2020 |

| 05/22/2020 | **Document Transmitted** |
|---|---|

| 06/05/2020 | **Note** |
|---|---|

Three (3) volume Transcript, One (1) volume Exhibit, One (1) Table of Contents, Three (3) volume Appendix and set of 3 briefs from 35A05-0909-CR-515 transferred to this appeal as a separately filed exhibit.

| 06/08/2020 | **Motion for Extension of Time to File Brief** |
|---|---|

Certificate of Service- Electronically Served 06/06/20

| | |
|---|---|
| Attorney: | Carter, Cynthia M |
| Party: | Skeens, Eric Benson |
| File Stamp: | 06/06/2020 |

| 06/08/2020 | **Request for Transmission of Separately Filed Exhibit** |
|---|---|

Certificate of Service- Electronically Served 06/06/20

| | |
|---|---|
| Attorney: | Carter, Cynthia M |
| Party: | Skeens, Eric Benson |
| File Stamp: | 06/06/2020 |

| 06/09/2020 | **Order Issued** |
|---|---|

Having reviewed the matter, the Court finds and orders as follows: 1. Appellant's Verified Motion to Transmit Complete Post-Conviction Record to the Court of Appeals is granted. 2. Within five (5) days of the date of this order, the Huntington Circuit and Superior Courts Clerk is directed to transmit the transcript and any exhibit volumes relating to the case filed under Cause Number 35C01- 1101-PC-4 to the Clerk of this Court. 3. Appellant's Brief shall be filed within thirty (30) days of the date the transcript and exhibits are received by the Clerk of this Court. 4. Appellant's Verified Motion for Extension of Time to File Brief of Appellant is denied as moot. 5. The Clerk of this Court is directed to send this order to the parties and to the Huntington Circuit and Superior Courts Clerk.

| | |
|---|---|
| Judicial Officer: | Bradford, Cale J. |
| Serve: | Carter, Cynthia M |
| Serve: | Trial Clerk 35 - Huntington |
| Serve: | State of Indiana |
| File Stamp: | 06/09/2020 |

| 06/09/2020 | **Document Transmitted** |
|---|---|

| | | |
|---|---|---|
| 06/29/2020 | **Electronic Documents Received from Trial Court Clerk.** | |
| | Volumes of Transcripts - Two (2) Volumes of Exhbits - One (1) Volumes of T/C - One (1) Received Electronically 06/26/2020 | |
| | Postmark: | 06/26/2020 |

| | | |
|---|---|---|
| 07/14/2020 | **Motion for Extension of Time to File Brief** | |
| | Certificate of Service- Electronically Served 07/13/20 | |
| | Attorney: | Carter, Cynthia M |
| | Party: | Skeens, Eric Benson |
| | File Stamp: | 07/13/2020 |

| | | |
|---|---|---|
| 07/15/2020 | **Order Granting Motion for Extension of Time To File Brief** | |
| | Having reviewed the matter, the Court finds and orders as follows: 1. Appellant's Verified Motion for Extension of Time to File Brief of Appellant is granted. 2. Appellant's Brief is due on August 10, 2020. | |
| | Judicial Officer: | Bradford, Cale J. |
| | Party: | Skeens, Eric Benson |
| | Serve: | Carter, Cynthia M |
| | Serve: | Hill, Curtis Theophilus |
| | File Stamp: | 07/15/2020 |

| | |
|---|---|
| 07/15/2020 | **Document Transmitted** |

| | | |
|---|---|---|
| 07/23/2020 | **Received Court Reporter's Notice of Filing of Transcript** | |
| | Received on: 07/23/2020 (Amended Exhibit) | |
| | PostmarkDate: | 07/23/2020 |

| | | |
|---|---|---|
| 07/23/2020 | **Notice of Exclusion of Confidential Information** | |
| | (exhibit) | |
| | Party: | Skeens, Eric Benson |
| | File Stamp: | 07/23/2020 |

| | | |
|---|---|---|
| 07/23/2020 | **Electronic Documents Received from Trial Court Clerk.** | |
| | Volumes of Exhibits - One (1) *Public Access and Not for Public Access versions tendered* Received Electronically 07/23/2020 | |
| | Postmark: | 07/23/2020 |

| | | |
|---|---|---|
| 07/27/2020 | **Order Issued** | |
| | Having reviewed the matter, the Court finds and orders as follows: The Clerk of this Court is directed to mark as obsolete in the Odyssey Case Management System the version of the exhibits that was transmitted on June 26, 2020. | |
| | Judicial Officer: | Bradford, Cale J. |
| | Serve: | Carter, Cynthia M |
| | Serve: | Hill, Curtis Theophilus |
| | Serve: | Trial Clerk 35 - Huntington |
| | File Stamp: | 07/24/2020 |

| | |
|---|---|
| 07/27/2020 | **Document Transmitted** |

| | | |
|---|---|---|
| 08/11/2020 | **Brief and Appendix - Appellant** | |
| | Volumes of Appendix: Three (3) Certificate of Service- Electronically Served 08/10/20 | |
| | Attorney: | Carter, Cynthia M |
| | Party: | Skeens, Eric Benson |
| | File Stamp: | 08/10/2020 |

USDC IN/ND case 3:21-cv-00692-DRL-MGG   document 14-8   filed 01/07/22   page 5 of 13

| 08/18/2020 | **Appearance by Deputy AG** | |
|---|---|---|
| | Certificate of Service- Electronically Served 08/18/20 | |
| | DAG: | Roebel, Justin Fredrick |
| | Party: | State of Indiana |
| | File Stamp: | 08/18/2020 |

| 09/02/2020 | **Received Document** | |
|---|---|---|
| | Receive Date: 09/02/20 Motion to Amend - The certificate of service does not specify the method of service. | |
| | PostmarkDate: | 09/02/2020 |

| 09/03/2020 | **Document Filed in Error Letter Issued** | |
|---|---|---|
| | Clerk Comments: Motion to Amend | |
| | Party: | Skeens, Eric Benson |
| | Serve: | Carter, Cynthia M |
| | Serve: | Hill, Curtis Theophilus |
| | Serve: | Roebel, Justin Fredrick |
| | Sent: | 09/03/2020 |

| 09/03/2020 | **Notice of Defect Issued** | |
|---|---|---|
| | Motion to Amend | |
| | Party: | Skeens, Eric Benson |
| | Serve: | Carter, Cynthia M |
| | Serve: | Hill, Curtis Theophilus |
| | Serve: | Roebel, Justin Fredrick |
| | Issue Date: | 09/03/2020 |

| 09/03/2020 | **Document Transmitted** | |
|---|---|---|

| 09/03/2020 | **Document Transmitted** | |
|---|---|---|

| 09/09/2020 | **Brief - Appellee** | |
|---|---|---|
| | Certificate of Service- Electronically Served 09/09/20 | |
| | Attorney: | Roebel, Justin Fredrick |
| | Party: | State of Indiana |
| | File Stamp: | 09/09/2020 |

| 09/14/2020 | **Motion to Amend** | |
|---|---|---|
| | Volume Two of Appellant's Appendix Certificate of Service- Electronically Served 09/14/20 | |
| | Attorney: | Carter, Cynthia M |
| | Party: | Skeens, Eric Benson |
| | File Stamp: | 09/14/2020 |

| 09/17/2020 | **Motion for Extension of Time to File Reply Brief** | |
|---|---|---|
| | Certificate of Service- Electronically Served 09/16/20 | |
| | Attorney: | Carter, Cynthia M |
| | Party: | Skeens, Eric Benson |
| | File Stamp: | 09/16/2020 |

| 09/17/2020 | **Received Document** | |
|---|---|---|
| | Receive Date: 09/02/20 Appendix - Appellee Amended - Pending ruling from Court | |
| | PostmarkDate: | 09/02/2020 |

| 09/17/2020 | **Notice of Defect Cured** |
|---|---|

Clerk Comments: Motion to Amend Cured 9/14/2020

| Party: | Skeens, Eric Benson |
|---|---|
| Serve: | Carter, Cynthia M |
| Serve: | Hill, Curtis Theophilus |
| Serve: | Roebel, Justin Fredrick |
| File Stamp: | 09/14/2020 |

| 09/17/2020 | **Document Transmitted** |
|---|---|

| 09/18/2020 | **Order Granting Motion for Extension of Time To File Brief** |
|---|---|

Having reviewed the matter, the Court finds and orders as follows: 1. Appellant's Verified Motion for Extension of Time to File Reply Brief of Appellant is granted. 2. Appellant's reply brief shall be due on or before October 9, 2020.

| Judicial Officer: | Bradford, Cale J. |
|---|---|
| Party: | Skeens, Eric Benson |
| Serve: | Carter, Cynthia M |
| Serve: | Hill, Curtis Theophilus |
| Serve: | Roebel, Justin Fredrick |
| File Stamp: | 09/18/2020 |

| 09/18/2020 | **Document Transmitted** |
|---|---|

| 09/21/2020 | **Order Issued** |
|---|---|

Having reviewed the matter, the Court finds and orders as follows: 1. Appellant's Motion for Leave to File Amended Volume Two of Appellant's Appendix and Mark Previously Filed Volume Two as Obsolete is granted. 2. The Clerk of the Court is directed to file, as of the date of this order, the public and confidential volumes of Appellant's Appendix received on September 2, 2020. 3. The Clerk of the Court is directed to mark as obsolete in the Odyssey Case Management System the version of Volume Two of Appellant's Appendix that was filed on August 10, 2020.

| Judicial Officer: | Bradford, Cale J. |
|---|---|
| Serve: | Carter, Cynthia M |
| Serve: | Hill, Curtis Theophilus |
| Serve: | Roebel, Justin Fredrick |
| File Stamp: | 09/18/2020 |

| 09/21/2020 | **Appendix Filed** |
|---|---|

(Amended Appendix contains Public and Confidential Versions of Volume 2) Certificate of Service- Electronically Served 09/02/20

| Attorney: | Carter, Cynthia M |
|---|---|
| Party: | Skeens, Eric Benson |
| File Stamp: | 09/18/2020 |

| 09/21/2020 | **Document Transmitted** |
|---|---|

| 10/13/2020 | **Brief - Appellant Reply** |
|---|---|

Certificate of Service- Electronically Served 10/09/20

| Attorney: | Carter, Cynthia M |
|---|---|
| Party: | Skeens, Eric Benson |
| File Stamp: | 10/09/2020 |

| 10/13/2020 | **Case Fully Briefed** |
|---|---|

Oral Argument Requested: No

| FB Date: | 10/13/2020 |
|---|---|

10/13/2020  **Transmitted to Court of Appeals**

---

11/30/2020  **Opinion Issued**

MEMORANDUM DECISION: Affirmed - Weissmann, J. Bailey, J., and Vaidik, J., concur.

| | |
|---|---|
| Judicial Officer: | Weissmann, Leanna K. |
| Serve: | Carter, Cynthia M |
| Serve: | Hill, Curtis Theophilus |
| Serve: | Smith, Davin Glen |
| Serve: | Roebel, Justin Fredrick |
| File Stamp: | 11/30/2020 |

---

11/30/2020  **Document Transmitted**

---

01/11/2021  **Note**

Theodore Rokita has replaced Curtis Hill as the Attorney General on this appeal, effective January 11, 2021.

---

01/20/2021  **Received Document**

Receive Date: 01/04/2021 Petition to Transfer- Appellant**Incorrectly paginated; certificate of service date incomplete**

PostmarkDate:            12/21/2021

---

01/20/2021  **Corrected Entry**

Received document entered 01/20/2021 re entered to reflect postmark date of 12/21/2020

---

01/20/2021  **Received Document**

Receive Date: 01/04/2021 Petition to Transfer- Appellant**Incorrectly paginated; certificate of service date incomplete**

PostmarkDate:            12/21/2020

---

01/21/2021  **Notice of Defect Issued**

Petition to Transfer- Appellant

| | |
|---|---|
| Party: | Skeens, Eric Benson |
| Serve: | Skeens, Eric Benson |
| Serve: | Roebel, Justin Fredrick |
| Issue Date: | 01/21/2021 |

---

01/21/2021  **Document Transmitted**

---

03/01/2021  **Document Not Corrected Pursuant to Notice of Defect Issued**

Clerk Comments:Petition to Transfer- Appellant

| | |
|---|---|
| Party: | Skeens, Eric Benson |
| Serve: | Skeens, Eric Benson |
| Serve: | Roebel, Justin Fredrick |
| Date Sent: | 03/01/2021 |

---

03/01/2021  **Document Transmitted**

---

03/02/2021  **Petition to Transfer**

Certificate of Service-Mailed 01/26/2021

| | |
|---|---|
| Attorney: | Skeens, Eric Benson |
| Party: | Skeens, Eric Benson |
| File Stamp: | 02/02/2021 |

---

| 03/02/2021 | **Notice of Defect Cured** |
|---|---|

Clerk Comments: Petition to Transfer- Appellant

| Party: | Skeens, Eric Benson |
|---|---|
| Serve: | Skeens, Eric Benson |
| Serve: | Roebel, Justin Fredrick |
| File Stamp: | 02/02/2021 |

| 03/02/2021 | **Document Transmitted** |
|---|---|

| 03/03/2021 | **Corrected Entry** |
|---|---|

Petition to Transfer should be received not filed as filing fee has not been paid

| 03/03/2021 | **Notice Regarding Transfer** |
|---|---|

Certificate of Service-Electronically Served 03/03/2021. Appellant served via US Mail 3/3/2021.

| Attorney: | Roebel, Justin Fredrick |
|---|---|
| Party: | State of Indiana |
| File Stamp: | 03/03/2021 |

| 03/03/2021 | **Received Document** |
|---|---|

Receive Date: 02/18/2021 Petition to Transfer- Appellant**Filing Fee for Petition to Transfer not paid**

| PostmarkDate: | 02/02/2021 |
|---|---|

| 03/03/2021 | **Document Filed in Error Letter Issued** |
|---|---|

Clerk Comments:Petition to Transfer-Appellant

| Party: | Skeens, Eric Benson |
|---|---|
| Serve: | Skeens, Eric Benson |
| Serve: | Roebel, Justin Fredrick |
| Sent: | 03/03/2021 |

| 03/03/2021 | **Document Transmitted** |
|---|---|

| 03/03/2021 | **Letter Issued** |
|---|---|

Letter in regards to Petition to Transfer

| Serve: | Skeens, Eric Benson |
|---|---|
| Date Sent: | 03/03/2021 |

| 03/03/2021 | **Document Transmitted** |
|---|---|

| 03/03/2021 | **Corrected Entry** |
|---|---|

Notice Regarding Transfer is unfiled as Petition to Transfer was unfiled.

| 03/03/2021 | **Received Document** |
|---|---|

Receive Date: 03/03/2021 Notice Regarding Transfer - pending filing of Petition to Transfer

| PostmarkDate: | 03/03/2021 |
|---|---|

| 03/03/2021 | **Document Filed in Error Letter Issued** |
|---|---|

Clerk Comments: Notice Regarding Transfer

| Party: | State of Indiana |
|---|---|
| Serve: | Skeens, Eric Benson |
| Serve: | Roebel, Justin Fredrick |
| Sent: | 03/03/2021 |

| 03/03/2021 | **Document Transmitted** |
|---|---|

| 03/04/2021 | **Letter Issued** |
|---|---|
| | Letter regarding Petition to Transfer |
| | Serve:                     Skeens, Eric Benson |
| | Date Sent:                 03/04/2021 |

| 03/04/2021 | **Document Transmitted** |
|---|---|

| 03/18/2021 | **Received Document** |
|---|---|
| | Receive Date: 03/09/2021 Correspondence-Appellant |
| | PostmarkDate:              03/05/2021 |

| 03/18/2021 | **Letter Issued** |
|---|---|
| | Serve:                     Skeens, Eric Benson |
| | Date Sent:                 03/18/2021 |

| 03/18/2021 | **Document Transmitted** |
|---|---|

| 03/30/2021 | **Received Document** |
|---|---|
| | Receive Date: 03/23/2021 Correspondence-Appellant |
| | PostmarkDate:              03/17/2021 |

| 03/30/2021 | **Letter Issued** |
|---|---|
| | Serve:                     Skeens, Eric Benson |
| | Date Sent:                 03/30/2021 |

| 03/30/2021 | **Document Transmitted** |
|---|---|

| 04/13/2021 | **Received Document** |
|---|---|
| | Receive Date: 04/05/2021 Correspondence- Appellant |
| | PostmarkDate:              03/30/2021 |

| 04/13/2021 | **Note** |
|---|---|
| | Issue of correspondence received 04/05/2021 addressed in letter issued 03/18/2021 |

| 04/13/2021 | **Corrected Entry** |
|---|---|
| | Note entered 04/13/2021 should state Issue of Correspondence received 04/05/2021 addressed in letter sent 03/30/2021 |

| 04/22/2021 | **Received Document** |
|---|---|
| | Receive Date: 04/16/2021 Verified Petition for Permission to File Belated Petition to Transfer- Appellant**Lacks Certificate of Service** |
| | PostmarkDate:              04/14/2021 |

| 04/22/2021 | **Received Document** |
|---|---|
| | Receive Date: 04/16/2021 Motion for Leave to Petition to Transfer in Forma Pauperis- Appellant **Lacks Service to opposing party and order from trial court regarding pauper status** |
| | PostmarkDate:              04/14/2021 |

| 04/22/2021 | **Notice of Defect Issued** |
|---|---|

Motion for Leave to Petition to Transfer in Forma Pauperis- Appellant

| Party: | Skeens, Eric Benson |
|---|---|
| Serve: | Skeens, Eric Benson |
| Serve: | Roebel, Justin Fredrick |
| Issue Date: | 04/22/2021 |

| 04/22/2021 | **Notice of Defect Issued** |
|---|---|

Verified Petition for Permission to File Belated Petition to Transfer- Appellant

| Party: | Skeens, Eric Benson |
|---|---|
| Serve: | Skeens, Eric Benson |
| Serve: | Roebel, Justin Fredrick |
| Issue Date: | 04/22/2021 |

| 04/22/2021 | **Document Transmitted** |
|---|---|

| 04/22/2021 | **Document Transmitted** |
|---|---|

| 05/18/2021 | **Received Document** |
|---|---|

Receive Date: 05/14/2021 Certificate of service- Appellant**Appears to be attempt to cure defect**Appellant must tender entire corrected document with attached updated certificate of service to cure defect**

| PostmarkDate: | 05/12/2021 |
|---|---|

| 05/18/2021 | **Notice of Defect Not Cured Letter Issued** |
|---|---|

Clerk Comments:Certificate of service- Appellant**Appears to be attempt to cure defect**Appellant must tender entire corrected document with attached updated certificate of service to cure defect**

| Party: | Skeens, Eric Benson |
|---|---|
| Serve: | Skeens, Eric Benson |
| Serve: | Roebel, Justin Fredrick |
| Issue Date: | 05/18/2021 |

| 05/18/2021 | **Document Transmitted** |
|---|---|

| 05/20/2021 | **Received Document** |
|---|---|

Receive Date: 05/14/2021 Motion to Proceed in Forma Pauperis- Appellant**Lacks Order from the trial court regarding pauper status**

| PostmarkDate: | 05/12/2021 |
|---|---|

| 05/20/2021 | **Document Not Corrected Pursuant to Notice of Defect Issued** |
|---|---|

Clerk Comments:Motion to Proceed in Forma Pauperis- Appellant **Lacks Order from Trial Court regarding pauper status**

| Party: | Skeens, Eric Benson |
|---|---|
| Serve: | Skeens, Eric Benson |
| Serve: | Roebel, Justin Fredrick |
| Date Sent: | 05/20/2021 |

| 05/20/2021 | **Document Transmitted** |
|---|---|

| 05/28/2021 | **Document Not Corrected Pursuant to Notice of Defect Issued** |
| --- | --- |

Clerk Comments:Petition for Permission to File Belated Petition to Transfer- Appellant

| Party: | Skeens, Eric Benson |
| --- | --- |
| Serve: | Skeens, Eric Benson |
| Serve: | Roebel, Justin Fredrick |
| Date Sent: | 05/28/2021 |

| 05/28/2021 | **Document Transmitted** |
| --- | --- |

| 06/08/2021 | **Received Document** |
| --- | --- |

Receive Date: 06/07/2021 Verified Petition for Permission to File Belated Petition to Transfer**Filing fee has not been paid for Petition to Transfer**

| PostmarkDate: | 06/03/2021 |
| --- | --- |

| 06/08/2021 | **Document Not Corrected Pursuant to Notice of Defect Issued** |
| --- | --- |

Clerk Comments:Verified Petition for Permission to File Belated Petition to Transfer**Filing Fee for Petition to Transfer has not been paid**

| Party: | Skeens, Eric Benson |
| --- | --- |
| Serve: | Skeens, Eric Benson |
| Serve: | Roebel, Justin Fredrick |
| Date Sent: | 06/08/2021 |

| 06/08/2021 | **Document Transmitted** |
| --- | --- |

| 06/23/2021 | **Received Document** |
| --- | --- |

Receive Date: 06/21/2021 Correspondence- Appellant

| PostmarkDate: | 06/17/2021 |
| --- | --- |

| 06/29/2021 | **Order Issued** |
| --- | --- |

Being duly advised, the Court GRANTS Appellant's Motion for Leave to Proceed on Appeal in Forma Pauperis (postmarked May 12) and his Verified Petition for Permission to File Belated Petition to Transfer (postmarked June 3). The Clerk is therefore directed to file those documents, as well as Appellant's petition to transfer (postmarked February 2) and Appellee's notice regarding transfer (received March 3), as of the date of this order. Because briefing on transfer is now closed, the Clerk is further directed to transmit this case on transfer.

| Judicial Officer: | Rush, Loretta H. |
| --- | --- |
| Serve: | Carter, Cynthia M |
| Serve: | Roebel, Justin Fredrick |
| Serve: | Rokita, Theodore Edward |
| Serve: | Court of Appeals Administrator |
| File Stamp: | 06/29/2021 |

| 06/29/2021 | **Retransmission of Order** |
| --- | --- |

Order issued 6/29/21 is retransmitted to include service on Appellant

| Judicial Officer: | Rush, Loretta H. |
| --- | --- |
| Serve: | Skeens, Eric Benson |
| File Stamp: | 06/29/2021 |

| 06/29/2021 | **Document Transmitted** |
| --- | --- |

| 06/29/2021 | **Document Transmitted** |
| --- | --- |

USDC IN/ND case 3:21-cv-00692-DRL-MGG    document 14-8    filed 01/07/22    page 12 of 13

| | | |
|---|---|---|
| 06/29/2021 | **Motion to Proceed in Forma Pauperis** | |
| | Certificate of Service- Mailed 05/04/2021 | |
| | Attorney: | Skeens, Eric Benson |
| | File Stamp: | 06/29/2021 |

| | | |
|---|---|---|
| 06/29/2021 | **Motion for Permission to File a Belated Brief** | |
| | Certificate of Service- Mailed 05/26/2021 | |
| | Attorney: | Skeens, Eric Benson |
| | Party: | Skeens, Eric Benson |
| | File Stamp: | 06/29/2021 |

| | | |
|---|---|---|
| 06/29/2021 | **Petition to Transfer** | |
| | Certificate of Service- Mailed 01/26/2021 | |
| | Attorney: | Skeens, Eric Benson |
| | Party: | Skeens, Eric Benson |
| | File Stamp: | 06/29/2021 |

| | | |
|---|---|---|
| 06/29/2021 | **Notice Regarding Transfer** | |
| | Certificate of Service-Electronically Served 03/03/2021 | |
| | Attorney: | Roebel, Justin Fredrick |
| | Party: | State of Indiana |
| | File Stamp: | 06/29/2021 |

| | | |
|---|---|---|
| 06/30/2021 | **Transmitted on Transfer (Supreme Court)** | |

| | | |
|---|---|---|
| 07/19/2021 | **Order Denying Petition to Transfer** | |
| | Appellant's petition to transfer denied. All Justices concur, except Goff, J., who did not participate in the decision of this matter. | |
| | Judicial Officer: | Rush, Loretta H. |
| | Party: | Skeens, Eric Benson |
| | Serve: | Skeens, Eric Benson |
| | Serve: | Carter, Cynthia M |
| | Serve: | Trial Clerk 35 - Huntington |
| | Serve: | Smith, Davin Glen |
| | Serve: | Roebel, Justin Fredrick |
| | Serve: | Rokita, Theodore Edward |
| | Serve: | Court of Appeals Administrator |
| | File Stamp: | 07/19/2021 |

| | | |
|---|---|---|
| 07/19/2021 | **Document Transmitted** | |

| | | |
|---|---|---|
| 07/28/2021 | **Opinion Certified** | |
| | Serve: | Skeens, Eric Benson |
| | Serve: | Carter, Cynthia M |
| | Serve: | Trial Clerk 35 - Huntington |
| | Serve: | Smith, Davin Glen |
| | Serve: | Roebel, Justin Fredrick |
| | Serve: | Rokita, Theodore Edward |
| | Notice Date: | 07/28/2021 |

| | | |
|---|---|---|
| 07/28/2021 | **Document Transmitted** | |

| 08/11/2021 | **Note** |
| | 3 vol. Trans., 1 vol. Exhibit, T/C, 3 vol. Appendix & 3 briefs from 35A05-0909-CR-515 returned to original case |

| 10/26/2021 | **Received Letter from U.S. Supreme Court-Certiorari Filed** |
| | Postmark Dt:            10/21/2021 |

| 12/20/2021 | **Received Letter from U.S. Supreme Court-Certiorari Denied** |
| | Postmark Dt:            12/13/2021 |

## Financial Information

**\*** Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**Skeens, Eric Benson**

Appellant

**Balance Due** (as of 12/20/2021)

**0.00**

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 250.00 | 0.00 | 250.00 |

### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 03/20/2020 | Transaction Assessment | 250.00 |
| 03/20/2020 | Electronic Payment | (250.00) |
| 03/20/2020 | Adjustment | (250.00) |
| 06/29/2021 | Adjustment | (125.00) |
| 06/29/2021 | Adjustment | (125.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.