This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Eric Benson Skeens v. State of Indiana

| | |
|---|---|
| Case Number | 21A-SP-01659 |
| Court | Court of Appeals |
| Type | SP - Requests to File Successive Post-Conviction Petitions |
| Filed | 08/02/2021 |
| Status | 09/03/2021 , Waiting Room  (active) |
| Reference | Original County Cause Number<br>35C010812FA73 |
| Related | Lower Trial Court Case<br>35C01-0812-FA-00073 |

## Parties to the Case

**Petitioner**   Skeens, Eric Benson

<u>Address</u>
DOC #196051
Indiana State Prison, E-E 29
One Park Row
Michigan City, IN 46360

<u>Attorney</u>
Pro Se

**Respondent**   State of Indiana

<u>Address</u>
302 W Washington ST
FL 5
Indianapolis, IN 46204

## Chronological Case Summary

**08/02/2021**   **Petition For Successive Post-Conviction Relief**
Tendered with attached petition for post conviction relief

| | |
|---|---|
| Attorney: | Skeens, Eric Benson |
| Party: | Skeens, Eric Benson |
| File Stamp: | 07/26/2021 |

| 09/02/2021 | Order Denying Successive Post-Conviction Appeal |
| --- | --- |
| | Having reviewed the matter, the Court finds and orders as follows: 1. The Petitioner has failed to establish a reasonable possibility that Petitioner is entitled to post-conviction relief, and accordingly, the Court declines to authorize the filing of the petition. 2. The Clerk of this Court is directed to send a copy of this order to the Petitioner and the Huntington Circuit and Superior Courts Clerk. 3. The Huntington Circuit and Superior Courts Clerk is directed to file this order under Cause Number 35C01-0812-FA-73 and, pursuant to Indiana Trial Rule 77(D), the Clerk shall place the contents of this order in the Record of Judgments and Orders. Najam, J., Shepard, Friedlander, Sr.JJ., concur. |
| | Judicial Officer: Bradford, Cale J. |
| | Serve: Skeens, Eric Benson |
| | Serve: Trial Clerk 35 - Huntington |
| | File Stamp: 09/02/2021 |
| 09/02/2021 | Document Transmitted |
| 09/22/2021 | Received Document |
| | Receive Date: 09/10/2021 Motion for Polygraph Testing of Petitioner- Petitioner**Lacks certificate of service** |
| | PostmarkDate: 09/08/2021 |
| 09/27/2021 | Received Document |
| | Receive Date: 09/17/2021 Petition to Transfer- Appellant **Appears Procedurally improper as Transfers are not permitted in SP cases: Appellate Rule 57(B)** |
| | PostmarkDate: 09/14/2021 |
| 09/27/2021 | Order Issued |
| | Having reviewed the matter, the Court finds and orders as follows: 1. The Clerk of the Court is directed to file Petitioner's Motion for Polygraph Testing as of the date of this order. 2. The Motion for Polygraph Testing is denied. |
| | Judicial Officer: Bradford, Cale J. |
| | Serve: Skeens, Eric Benson |
| | Serve: Trial Clerk 35 - Huntington |
| | File Stamp: 09/27/2021 |
| 09/27/2021 | Letter Issued |
| | Serve: Skeens, Eric Benson |
| | Date Sent: 09/27/2021 |
| 09/27/2021 | Document Transmitted |
| 09/27/2021 | Document Transmitted |
| 09/29/2021 | Document Filed |
| | Motion for Polygraph Testing- Appellant |
| | Attorney: Skeens, Eric Benson |
| | File Stamp: 09/27/2021 |
| 11/01/2021 | Received Document |
| | Receive Date: 10/25/2021 Motion to Deviate form Appellate Rule 57(B)-Petitioner**Lacks Certificate of Service** |
| | PostmarkDate: 10/23/2021 |

USDC IN/ND case 3:21-cv-00692-DRL-MGG   document 14-14   filed 01/07/22   page 3 of 3

| | | |
|---|---|---|
| 11/18/2021 | **Order Issued** | |

Being duly advised, the Court directs the Clerk to file Petitioner's "Emergency Motion to Deviate from Appellate Rule 57(B)" as of the date of this order, but the Court DENIES that motion. This appeal is at an end.

| | |
|---|---|
| Judicial Officer: | Rush, Loretta H. |
| Serve: | Skeens, Eric Benson |
| Serve: | Trial Clerk 35 - Huntington |
| File Stamp: | 11/18/2021 |

| | |
|---|---|
| 11/18/2021 | **Document Transmitted** |

| | |
|---|---|
| 11/19/2021 | **Document Filed** |

Motion to Deviate from Appellate Rule 57(B)

| | |
|---|---|
| Attorney: | Skeens, Eric Benson |
| File Stamp: | 11/18/2021 |

| | |
|---|---|
| 11/19/2021 | **Retransmission of Order** |

The order issued 11/18/21 is retransmitted to include service on the Court of Appeals Administrator.

| | |
|---|---|
| Judicial Officer: | Rush, Loretta H. |
| Serve: | Court of Appeals Administrator |
| File Stamp: | 11/18/2021 |

| | |
|---|---|
| 11/19/2021 | **Document Transmitted** |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.