UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

ERIC BENSON SKEENS,
    *Petitioner*,

  v.

WARDEN,
    *Respondent*.

No. 3:21-cv-692-DRL-MGG

### NOTICE OF FILING

Respondent hereby gives notice to Petitioner that Respondent has electronically filed the state record of proceedings prepared for and filed with the Indiana Court of Appeals in Petitioner's direct appeal *Skeens v. State*, Cause No. 35A05-0909-CR-515 (1 Table of Contents, 3 Volumes of Transcript, 1 Volume of Exhibits, and 2 Volumes of Appendix) and in Petitioner's post-conviction *Skeens v. State*, Cause No. 20A-PC-686 (1 Table of Contents, 3 Volumes of Transcript, 1 Volume of Exhibits, and 3 Volumes of Appendix).

        By:    JESSE R. DRUM
                  Assistant Section Chief, Criminal Appeals
                  Attorney No. 31283-53

                  *Attorney for Respondent*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 7, 2022, I electronically filed the foregoing with the Clerk of United States District Court for the Northern District of Indiana by using the CM/ECF system. I also hereby certify that on January 7, 2022, I have served the foregoing document on the individual listed below through U.S. Mail, first-class postage pre-paid:

    Eric Skeens
    DOC # 196051
    Indiana State Prison
    Inmate Mail/Parcels
    One Park Row
    Michigan City, IN 46360

                                                    JESSE R. DRUM
                                                  Assistant Section Chief, Criminal Appeals
                                                  Attorney No.  31283-53

OFFICE OF THE ATTORNEY GENERAL
Indiana Government Center South
302 West Washington Street, Fifth Floor
Indianapolis, Indiana 46204-2770
317-234-7018 (voice)
317-232-7979 (facsimile)
Jesse.Drum@atg.in.gov