# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**NOTICE OF DOCKETING - Short Form**

May 23, 2022

**To:** Gary T. Bell
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| |
|---|
| Appellate Case No: 22-1910 <br><br> Caption: <br> ERIC BENSON SKEENS, <br> Petitioner - Appellant <br><br> v. <br><br> RON NEAL, Warden, <br> Respondent - Appellee |
| District Court No: 3:21-cv-00692-DRL-MGG <br> District Judge Damon R. Leichty <br> Clerk/Agency Rep Gary T. Bell <br><br> Date NOA filed in District Court: 05/20/2022 |

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**     (form ID: **188**)