# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FEE NOTICE AND ORDER

May 23, 2022

| | |
|---|---|
| | ERIC BENSON SKEENS, Petitioner - Appellant |
| No. 22-1910 | v. |
| | RON NEAL, Warden, Respondent - Appellee |
| **Originating Case Information:** | |
| District Court No: 3:21-cv-00692-DRL-MGG | |
| Northern District of Indiana, South Bend Division | |
| District Judge Damon R. Leichty | |
| Clerk/Agency Rep Gary T. Bell | |

Circuit Rule 3(b) empowers the clerk to dismiss an appeal if the docket fee is not paid within fourteen (14) days of the docketing of the appeal. This appeal was docketed on May 23, 2022. The District Court has indicated that as of May 23, 2022, the docket fee has not been paid. Depending on your situation, you should:

1. Pay the required $500.00 docketing fee PLUS the $5.00 notice of appeal filing fee to the District Court Clerk, **if you have not already done so**. The Court of Appeals cannot accept this fee. You should keep a copy of the receipt for your records.

2. File a motion to proceed on appeal in forma pauperis with the District Court, along with a certified copy of your prison trust account statement for the six (6) month period preceding the filing of the notice of appeal, if you have not already done so. An original and three (3) copies of that motion is required. This motion must be supported by a sworn affidavit in the form prescribed by **Form 4** of the *Appendix of Forms to the Federal Rules of Appellate Procedure (as amended 12/01/2013)*, listing the assets and income of the appellant(s).

3.  If the motion to proceed on appeal in forma pauperis is denied by the district court, you must either pay the required $500.00 docketing fee PLUS the $5.00 notice of appeal filing fee to the District Court Clerk, within fourteen (14) days after service of notice of the action to the district court, or within thirty (30) days of that date, renew your motion to proceed on appeal in forma pauperis with this court. If the motion is renewed in this court, it must comply with the terms of Fed.R.App.P. 24(a).

**IT IS ORDERED** that all other proceedings in this appeal are **SUSPENDED** pending the decision by this court as to whether to issue a certificate of appealability. The court will take no further action in this appeal until the fee status is resolved.

Neither party should tender any brief or motion that is not related to appellant's request for a certificate of appealability. Appellee is under no obligation either to file a brief or to respond to any such motion filed by appellant. Any motion not related to petitioner's request for a certificate of appealability will be deemed denied without further court action.

form name: **c7_DC_Fee_Notice_Sent_Habeas**   (form ID: **159**)