Consent to Receipt of Documents Through Prisoner Electronic Filing Program

I am participating in the United States District Court for the Northern and Southern Districts of Indiana Prisoner Electronic Filing Program ("E-Filing Program").

When the Court issues an Order, Entry, or other document, a Notice of Electronic Filing is automatically generated and sent to Library staff. In order to receive copies of documents issued by the Court more quickly, I consent pursuant to Fed.R.Civ.P. 5(b)(2)(F) to be served with documents issued by the Court via the E-Filing Program. By consenting to participate I will receive via the institutional mail a printed copy of any ruling or notice issued by the Court in the case and a copy of the Notice of Electronic Filing.

This consent is valid as long as I reside at my current correctional facility. A new consent form will need to be signed if I am transferred and the new facility participates in the E-Filing Program. I acknowledge that it is my obligation to notify the Court of any change in my address.

Name: Skeens, Eric B            Date: 6-1-2022
DOC Number: 196051
Address: ISP
1 Park Row
Michigan City, IN 46360

Case filed in:

Northern District of Indiana: ✓

Southern District of Indiana: ___

Case Number (if pending at time of consent): 3:21-CV-692-DRL-MGG

6