UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Eric Benson Skeens,
  Petitioner;

v.                                  Cause No. 3:21-CV-692-DRL-MGG

Warden
  Respondent.

FILED
06/01/2022
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
Gary T. Bell, Clerk

---

MOTION TO ALTER OR AMEND JUDGE DAMON R. LEICHTY'S OPINION AND ORDER BECAUSE HE NEGLECTED TO ADDRESS THE KEY FACTS AND EVIDENCE PRESENTED IN PETITIONER'S CLAIMS

---

COMES NOW the Petitioner, Eric Benson Skeens, pro se, and requests this Court to grant this motion. In support of this request, Petitioner offers the following:

page 1 of 4

1. Petitioner filed an amended petition for a writ of habeas corpus on September 21, 2021 and a traverse on January 18, 2022.

2. Judge Leichty denied the petition and a certificate of appealability on May 4, 2022. However, Judge Leichty neglected to address the key facts and evidence presented in Petitioner's claims. Instead, it appears he used the lower courts arguments. In so doing, he wrongly and misleadingly interpreted that which he addressed in his opinion and order. A prime example of this can be found by reading Petitioner's motion for an investigation that the 7th Circuit Court of Appeals sent to this U.S. District Court (pertaining to GROUND ONE in his petition).

3.  WHEREFORE, Petitioner requests this Court to grant this motion in order to address the key facts and evidence presented in Petitioner's claims because to deny it without properly addressing his GROUNDS would be unfair and prejudicial. At the very least, Petitioner requests this Court for a certificate of appealability in order to avoid a $500 filing fee in the 7th Circuit Court; otherwise it further causes Petitioner undue hardship, financially.

4.  Pursuant to 28 U.S.C. §1746, I hereby verify under penalty of perjury that all the above is true and correct.

5.  Executed on this 31st day of May 2022.

Respectfully Submitted,
Eric Benson Skeens

Eric Benson Skeens
DOC # 196051
Indiana State Prison
1 Park Row
Michigan City, IN 46360

-4-