Name: Skeens, Eric B.

D.O.C.: 196051  Location: IN 128

INDIANA DEPARTMENT OF CORRECTION
INDIANA STATE PRISON
1 Park Row
Michigan City, IN 46360

THIS IDENTIFIES THIS CORRESPONDENCE AS HAVING BEEN MAILED BY AN OFFENDER INCARCERATED AT THE ABOVE CORRECTIONAL INSTITUTION. **"WARNING"** NOT RESPONSIBLE FOR CONTENTS. ANY ENCLOSED MONEY ORDERS SHOULD BE REFERRED TO YOUR LOCAL POSTMASTER BEFORE CASHING.

United States District Court
Office of the Clerk
204 South Main Street
South Bend, IN 46601-2194